JOSEPH H. HUNT
*Assistant Attorney General*
WILLIAM C. PEACHEY
*Director*
EREZ REUVENI
*Assistant Director*
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-4293
Email: Erez.R.Reuveni@usdoj.gov

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| East Bay Sanctuary Covenant, *et al.*,<br><br>                Plaintiffs,<br><br>v.<br><br>William Barr, *et al.*,<br><br>                Defendants. | Civil Action No. 1:19-cv-04073-WHO |

## NOTICE OF APPEARANCE

The undersigned hereby enters his appearance on behalf of the Defendants. This appearance is made without waiver to service (which to the best of undersigned counsel's knowledge has not yet been perfected), venue, or personal and subject matter jurisdiction.

//
//

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | JOSEPH H. HUNT<br>Assistant Attorney General |
|   | WILLIAM C. PEACHEY<br>Director |
|   | By: /s/ *Erez Reuveni*<br>EREZ REUVENI<br>Assistant Director<br>Office of Immigration Litigation<br>U.S. Department of Justice, Civil Division<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>Tel: (202) 307-4293<br>Email: Erez.R.Reuveni@usdoj.gov |
| Dated: July 17, 2019 | *Attorneys for Defendants* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2019 I electronically filed the foregoing document with the Clerk of the Court for the United States Court of for the Northern District of California by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

By: */s/ Erez Reuveni*
    EREZ REUVENI

NOTICE OF APPEARANCE
*East Bay Sanctuary v. Barr*,
Case No. 1:19-cv-04073-WHO