| | |
|---|---|
| Lee Gelernt* | Katrina Eiland (SBN 275701) |
| Omar C. Jadwat* | Cody Wofsy (SBN 294179) |
| Anand Balakrishnan* | Spencer Amdur (SBN 320069) |
| ACLU FOUNDATION | Julie Veroff (SBN 310161) |
| IMMIGRANTS' RIGHTS PROJECT | ACLU FOUNDATION |
| 125 Broad Street, 18th Floor | IMMIGRANTS' RIGHTS PROJECT |
| New York, NY 10004 | 39 Drumm Street |
| T: (212) 549-2660 | San Francisco, CA 94111 |
| F: (212) 549-2654 | T: (415) 343-0770 |
| *lgelernt@aclu.org* | F: (415) 395-0950 |
| *ojadwat@aclu.org* | *keiland@aclu.org* |
| *abalakrishnan@aclu.org* | *cwofsy@aclu.org* |
| | *samdur@aclu.org* |
| | *jveroff@aclu.org* |

*Attorneys for Plaintiffs*
*(Additional counsel listed on following page)*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| East Bay Sanctuary Covenant; Al Otro Lado; Innovation Law Lab; and Central American Resource Center in Los Angeles,<br><br>*Plaintiffs*,<br><br>v.<br><br>William Barr, Attorney General, in his official capacity; U.S. Department of Justice; James McHenry, Director of the Executive Office for Immigration Review, in his official capacity; the Executive Office for Immigration Review; Kevin McAleenan, Acting Secretary of Homeland Security, in his official capacity; U.S. Department of Homeland Security; Ken Cuccinelli, Acting Director of the U.S. Citizenship and Immigration Services, in his official capacity; U.S. Citizenship and Immigration Services; John Sanders, Commissioner of U.S. Customs and Border Protection, in his official capacity; U.S. Customs and Border Protection; Matthew Albence, Acting Director of Immigration and Customs Enforcement, in his official capacity; Immigration and Customs Enforcement,<br><br>*Defendants*. | Case No.: 3:19-cv-04073<br><br>**NOTICE OF APPEARANCE** |

Melissa Crow*
SOUTHERN POVERTY LAW CENTER
1101 17th Street, NW Suite 705
Washington, D.C. 20036
T: (202) 355-4471
F: (404) 221-5857
*melissa.crow@splcenter.org*

Mary Bauer*
SOUTHERN POVERTY LAW CENTER
1000 Preston Avenue
Charlottesville, VA  22903
T:  (470) 606-9307
F:  (404) 221-5857
*mary.bauer@splcenter.org*

Baher Azmy*
Angelo Guisado*
Ghita Schwarz*
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
T: (212) 614-6464
F: (212) 614-6499
*bazmy@ccrjustice.org*
*aguisado@ccrjustice.org*
*gschwarz@ccrjustice.org*

Christine P. Sun (SBN 218701)
Vasudha Talla (SBN 316219)
Angélica Salceda**
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
T: (415) 621-2493
F: (415) 255-8437
*csun@aclunc.org*
*vtalla@aclunc.org*
*asalceda@aclunc.org*

*Attorneys for Plaintiffs*

**Pro hac vice application forthcoming*
***Application for admission pending*

Plaintiffs file this Notice of Appearance and hereby notify the Court and Defendants that Cody Wofsy, of the American Civil Liberties Union Foundation Immigrants' Rights Project, hereby enters his appearance as counsel of record for Plaintiffs in the above-referenced matter.

| | |
|---|---|
| Dated: July 17, 2019 | /s/ Cody Wofsy<br>Cody Wofsy<br>American Civil Liberties Union Foundation<br>Immigrants' Rights Project<br>39 Drumm Street<br>San Francisco, CA 94111<br>(415) 343-0770<br>cwofsy@aclu.org |