Lee Gelernt*
Omar C. Jadwat*
Anand Balakrishnan*
ACLU FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 549-2660
F: (212) 549-2654
*lgelernt@aclu.org*
*ojadwat@aclu.org*
*abalakrishnan@aclu.org*

Katrina Eiland (SBN 275701)
Cody Wofsy (SBN 294179)
Spencer Amdur (SBN 320069)
Julie Veroff (SBN 310161)
ACLU FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
T: (415) 343-0770
F: (415) 395-0950
*keiland@aclu.org*
*cwofsy@aclu.org*
*samdur@aclu.org*
*jveroff@aclu.org*

*Attorneys for Plaintiffs*
*(Additional counsel listed on following page)*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| East Bay Sanctuary Covenant; Al Otro Lado; Innovation Law Lab; and Central American Resource Center in Los Angeles,<br><br>*Plaintiffs*,<br><br>v.<br><br>William Barr, Attorney General, in his official capacity; U.S. Department of Justice; James McHenry, Director of the Executive Office for Immigration Review, in his official capacity; the Executive Office for Immigration Review; Kevin McAleenan, Acting Secretary of Homeland Security, in his official capacity; U.S. Department of Homeland Security; Ken Cuccinelli, Acting Director of the U.S. Citizenship and Immigration Services, in his official capacity; U.S. Citizenship and Immigration Services; John Sanders, Commissioner of U.S. Customs and Border Protection, in his official capacity; U.S. Customs and Border Protection; Matthew Albence, Acting Director of Immigration and Customs Enforcement, in his official capacity; Immigration and Customs Enforcement,<br><br>*Defendants*. | Case No.: 3:19-cv-04073<br><br>**NOTICE OF APPEARANCE** |

Melissa Crow*  
SOUTHERN POVERTY LAW CENTER  
1101 17th Street, NW Suite 705  
Washington, D.C. 20036  
T: (202) 355-4471  
F: (404) 221-5857  
*melissa.crow@splcenter.org*

Mary Bauer*  
SOUTHERN POVERTY LAW CENTER  
1000 Preston Avenue  
Charlottesville, VA  22903  
T:  (470) 606-9307  
F:  (404) 221-5857  
*mary.bauer@splcenter.org*

Baher Azmy*  
Angelo Guisado*  
Ghita Schwarz*  
CENTER FOR CONSTITUTIONAL RIGHTS  
666 Broadway, 7th Floor  
New York, NY 10012  
T: (212) 614-6464  
F: (212) 614-6499  
*bazmy@ccrjustice.org*  
*aguisado@ccrjustice.org*  
*gschwarz@ccrjustice.org*

Christine P. Sun (SBN 218701)  
Vasudha Talla (SBN 316219)  
Angélica Salceda**  
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA, INC.  
39 Drumm Street  
San Francisco, CA 94111  
T: (415) 621-2493  
F: (415) 255-8437  
*csun@aclunc.org*  
*vtalla@aclunc.org*  
*asalceda@aclunc.org*

*Attorneys for Plaintiffs*

**Pro hac vice application forthcoming*  
***Application for admission pending*

Plaintiffs file this Notice of Appearance and hereby notify the Court and Defendants that Spencer Amdur, of the American Civil Liberties Union Foundation Immigrants' Rights Project, hereby enters his appearance as counsel of record for Plaintiffs in the above-referenced matter.

Dated: July 17, 2019

/s/ Spencer Amdur
Spencer Amdur
American Civil Liberties Union Foundation
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111
(415) 343-0770
samdur@aclu.org