UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EAST BAY SANCTUARY COVENANT, et al.,<br><br>     Plaintiffs,<br><br>     v.<br><br>WILLIAM BARR, et al.,<br><br>     Defendants. | Case No. 19-cv-04073-JST<br><br>**SCHEDULING ORDER**<br><br>Re: ECF No. 3 |

After consultation with the parties, and good cause appearing, the Court now sets the following schedule regarding Plaintiffs' motion for temporary restraining Order, ECF No. 3:

- Defendants' opposition is due July 19, 2019 at 5:00 p.m.;
- Plaintiffs' reply is due July 21, 2019 at 5:00 p.m.; and
- The Court will conduct a hearing July 24, 2019 at 9:30 a.m.

Any amicus briefs must be filed by July 21, 2019 at 5:00 p.m. Any responses to those briefs must be filed by July 22, 2019 at 5:00 p.m. By issuing this order, the Court does not grant permission to file any amicus brief. Such permission must be separately obtained. Persons or entities wishing to file an amicus brief are strongly urged (1) to bear in mind that the Court can only read so much material under time constraint; (2) to coordinate their efforts with others making similar arguments; and (3) to remember "the basic imperative of brevity." Danny Heitman, "Keep It Short," N.Y. Times (Mar. 24, 2014) (https://opinionator.blogs.nytimes.com/2014/03/24/keep-it-short/).

Pursuant to the government's agreement during the telephonic case management conference conducted earlier today, the government is ordered to file the administrative record by July 23, 2019 at 5:00 p.m. The Court contemplates that the administrative record may be useful in

subsequent proceedings but will not be the subject of argument at the July 24 hearing.

**IT IS SO ORDERED.**

Dated: July 18, 2019

_____
JON S. TIGAR
United States District Judge