# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| East Bay Sanctuary Covenant, *et al.*,  )<br>   )<br>         Plaintiffs,   )<br>   )<br>v.   )<br>   )<br>Donald J. Trump, President of the United )<br>States, *et al.*,   )<br>   )<br>         Defendants.   )<br>   ) | Civil Action No. 3:19-cv-04073-JST |

## NOTICE OF APPERANCE

Please take notice that undersigned counsel hereby enters his appearance on behalf of all Defendants, without waiver of jurisdiction, venue, or service.

        Respectfully submitted,

        JOSEPH H. HUNT
        Assistant Attorney General

By: /s/ *Scott G. Stewart*
     SCOTT G. STEWART
     Deputy Assistant Attorney General
     U.S. Department of Justice, Civil Division
     950 Pennsylvania Avenue, NW
     Washington, DC 20530
     Tel. (202) 307-6482
     scott.g.stewart@usdoj.gov

Dated: July 19, 2019        *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 19, 2019, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

By: */s/ Scott G. Stewart*
SCOTT G. STEWART
Deputy Assistant Attorney General
United States Department of Justice
Civil Division
