AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| East Bay Sanctuary Covenant, Al Otro Lado, Innovation Lab Lab, and Central American Resource Center in Los Angeles <br><br> *Plaintiff(s)* <br><br> v. <br><br> William Barr, Attorney General of the United States <br><br> *Defendant(s)* | Civil Action No. 3:19-cv-04073-JST |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  William Barr, Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Katrina Eiland
American Civil Liberties Union Foundation
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                                              _____
                                                                                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| East Bay Sanctuary Covenant, Al Otro Lado, Innovation Lab Lab, and Central American Resource Center in Los Angeles <br><br> *Plaintiff(s)* <br> v. <br> U.S. Department of Justice <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 3:19-cv-04073-JST |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Katrina Eiland
American Civil Liberties Union Foundation
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____   _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| East Bay Sanctuary Covenant, Al Otro Lado, Innovation Lab Lab, and Central American Resource Center in Los Angeles <br><br> *Plaintiff(s)* <br><br> v. <br><br> James McHenry, Director of Executive Office for Immigration Review <br><br> *Defendant(s)* | Civil Action No. 3:19-cv-04073-JST |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  James McHenry, Director
Executive Office of Immigration Review
U.S. Department of Justice
5107 Leesburg Pike
Falls Church, VA 22041

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Katrina Eiland
American Civil Liberties Union Foundation
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| East Bay Sanctuary Covenant, Al Otro Lado, Innovation Lab Lab, and Central American Resource Center in Los Angeles<br><br>*Plaintiff(s)*<br>v.<br>Executive Office for Immigration Review<br><br>*Defendant(s)* | Civil Action No. 3:19-cv-04073-JST |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Executive Office of Immigration Review
U.S. Department of Justice
5107 Leesburg Pike
Falls Church, VA 22041

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Katrina Eiland
American Civil Liberties Union Foundation
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                                    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| East Bay Sanctuary Covenant, Al Otro Lado, Innovation Lab Lab, and Central American Resource Center in Los Angeles <br><br> *Plaintiff(s)* <br><br> v. <br><br> Kevin K. McAleenan, Acting Secretary of Homeland Security, in his official capacity <br><br> *Defendant(s)* | Civil Action No. 3:19-cv-04073-JST |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Kevin K. McAleenan
Acting Secretary of Homeland Security
c/o General Counsel
MS0485
245 Murray Lane SW
Washington, DC 20528

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Katrina Eiland
American Civil Liberties Union Foundation
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| East Bay Sanctuary Covenant, Al Otro Lado, Innovation Lab Lab, and Central American Resource Center in Los Angeles <br><br> *Plaintiff(s)* <br><br> v. <br><br> U.S. Department of Homeland Security <br><br> *Defendant(s)* | Civil Action No. 3:19-cv-04073-JST |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  U.S. Department of Homeland Security
c/o General Counsel
MS0485
245 Murray Lane SW
Washington, DC 20528

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Katrina Eiland
American Civil Liberties Union Foundation
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| East Bay Sanctuary Covenant, Al Otro Lado, Innovation Lab Lab, and Central American Resource Center in Los Angeles <br><br> *Plaintiff(s)* <br><br> v. <br><br> Kenneth T. Cuccinelli, Acting Director of U.S. Citizenship and Immigration Services, in his official capacity <br><br> *Defendant(s)* | Civil Action No. 3:19-cv-04073-JST |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Kenneth T. Cuccinelli, Acting Director of USCIS
Office of the General Counsel
245 Murray Lane SW
Mail Stop 0485
Washington, DC 20528

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Katrina Eiland
American Civil Liberties Union Foundation
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                                                        _____
                                                                                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| East Bay Sanctuary Covenant, Al Otro Lado, Innovation Lab Lab, and Central American Resource Center in Los Angeles <br><br> *Plaintiff(s)* <br> v. <br> U.S. Citizenship and Immigration Services <br><br> *Defendant(s)* | Civil Action No. 3:19-cv-04073-JST |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  U.S. Citizenship and Immigration Services
Office of the Chief Counsel
20 Massachussetts Ave NW, Room 4210
Washington, DC 20529

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Katrina Eiland
American Civil Liberties Union Foundation
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____      _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| East Bay Sanctuary Covenant, Al Otro Lado, Innovation Lab Lab, and Central American Resource Center in Los Angeles <br><br>*Plaintiff(s)* <br><br> v. <br><br> John Sanders, Commissioner of U.S. Customs and Border Protection, in his official capacity <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 3:19-cv-04073-JST |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  John Sanders, Acting Commissioner of CBP
Office of the Chief Counsel
1300 Pennsylvania Ave, NW, Room 4.4B
Washington, DC 20229

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Katrina Eiland
American Civil Liberties Union Foundation
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____   _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| East Bay Sanctuary Covenant, Al Otro Lado, Innovation Lab Lab, and Central American Resource Center in Los Angeles <br><br> *Plaintiff(s)* <br><br> v. <br><br> U.S. Customs and Border Protection <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) )  Civil Action No. 3:19-cv-04073-JST |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  U.S. Customs and Border Protection
Office of the Chief Counsel
1300 Pennsylvania Ave, NW, Room 4.4B
Washington, DC 20229


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Katrina Eiland
American Civil Liberties Union Foundation
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| East Bay Sanctuary Covenant, Al Otro Lado, Innovation Lab Lab, and Central American Resource Center in Los Angeles <br><br> *Plaintiff(s)* <br><br> v. <br><br> Matthew Albence, Acting Director of Immigration and Customs Enforcement, in his official capacity <br><br> *Defendant(s)* | Civil Action No. 3:19-cv-04073-JST |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Matthew Albence, Acting Director of ICE
U.S. Immigration and Customs Enforcement
500 12th Street SW, Stop 5902
Washington, DC 20536

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Katrina Eiland
American Civil Liberties Union Foundation
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| East Bay Sanctuary Covenant, Al Otro Lado, Innovation Lab Lab, and Central American Resource Center in Los Angeles | ) ) ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No. 3:19-cv-04073-JST |
| Immigration and Customs Enforcement | ) ) ) ) ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  U.S. Immigration and Customs Enforcement
Office of the Principal Legal Advisor
500 12th Street SW
Washington, DC 20536


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Katrina Eiland
American Civil Liberties Union Foundation
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*


Date: _____           _____
*Signature of Clerk or Deputy Clerk*