JOSEPH H. HUNT
*Assistant Attorney General*
SCOTT G. STEWART
*Deputy Assistant Attorney General*
AUGUST E. FLENTJE
*Special Counsel*
WILLIAM C. PEACHEY
*Director*
EREZ REUVENI
Assistant Director
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-4293
Email: Erez.R.Reuveni@usdoj.gov
PATRICK GLEN
*Senior Litigation Counsel*
FRANCESCA GENOVA
*Trial Attorney*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| East Bay Sanctuary Covenant, *et al.*, | Civil Action No. 3:19-cv-0407-JST |
| Plaintiffs, | **[PROPOSED] ORDER** |
| v. | |
| William Barr, *et al.*, | |
| Defendants. | |

Pending before the Court is Plaintiffs' motion for temporary restraining order. Having considered the motion, Defendants' opposition, Plaintiffs' reply, and oral argument held on July 24, 2019, the Court HEREBY DENIES the motion.

Dated: July __, 2019

_____
United States District Judge

PROPOSED ORDER
*East Bay Sanctuary v. Barr*,
Case No. 1:19-cv-04073-WHO