```
JOSEPH H. HUNT
Assistant Attorney General
SCOTT G. STEWART
Deputy Assistant Attorney General
WILLIAM C. PEACHEY
Director
EREZ REUVENI
Assistant Director
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-4293
Email: Erez.R.Reuveni@usdoj.gov
PATRICK GLEN
Senior Litigation Counsel
```

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| East Bay Sanctuary Covenant, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>William Barr, *et al.*,<br><br>Defendants. | **ADMINISTRATIVE RECORD**<br><br>Civil Action No. 3:19-cv-04073-JST |

## NOTICE OF FILING OF THE ADMINSITRATIVE RECORD

Defendants, by and through undersigned counsel, today served on Plaintiffs the administrative record for purposes of this lawsuit. That record, certified by relevant officials at the Departments of Justice and Homeland Security, contains all materials—to the best of the certifiers' knowledge, information, and belief—considered by the Departments in promulgating the interim final rule titled "Asylum Eligibility and Procedural Modifications, 84 Fed. Reg. 33,829 (July 16, 2019). Defendants have served the record via email, and are sending a copy separately via U.S.

mail. Defendants will also provide the court with a paper copy of the record, and are filing the record as attachment to this filing.

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

SCOTT G. STEWART
Deputy Assistant Attorney General

WILLIAM C. PEACHEY
Director

By: /s/ *Erez Reuveni*
　　EREZ REUVENI
　　Assistant Director
　　Office of Immigration Litigation
　　U.S. Department of Justice, Civil Division
　　P.O. Box 868, Ben Franklin Station
　　Washington, DC 20044
　　Tel: (202) 307-4293
　　Email: Erez.R.Reuveni@usdoj.gov

PATRICK GLEN
Senior Litigation Counsel

Dated: July 19, 2019　　　　　　　　*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2019, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of for the Northern District of California by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

By: */s/ Erez Reuveni*
    EREZ REUVENI