Lee Gelernt*
Omar C. Jadwat*
Anand Balakrishnan*
ACLU FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 549-2660
F: (212) 549-2654
*lgelernt@aclu.org*
*ojadwat@aclu.org*
*abalakrishnan@aclu.org*

Katrina Eiland (SBN 275701)
Cody Wofsy (SBN 294179)
Spencer Amdur (SBN 320069)
Julie Veroff (SBN 310161)
ACLU FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
T: (415) 343-0770
F: (415) 395-0950
*keiland@aclu.org*
*cwofsy@aclu.org*
*samdur@aclu.org*
*jveroff@aclu.org*

*Attorneys for Plaintiffs*
*(Additional counsel listed on following page)*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| East Bay Sanctuary Covenant; Al Otro Lado; Innovation Law Lab; and Central American Resource Center in Los Angeles,<br><br>*Plaintiffs*,<br><br>v.<br><br>William Barr, Attorney General, in his official capacity; U.S. Department of Justice; James McHenry, Director of the Executive Office for Immigration Review, in his official capacity; the Executive Office for Immigration Review; Kevin McAleenan, Acting Secretary of Homeland Security, in his official capacity; U.S. Department of Homeland Security; Ken Cuccinelli, Acting Director of the U.S. Citizenship and Immigration Services, in his official capacity; U.S. Citizenship and Immigration Services; John Sanders, Commissioner of U.S. Customs and Border Protection, in his official capacity; U.S. Customs and Border Protection; Matthew Albence, Acting Director of Immigration and Customs Enforcement, in his official capacity; Immigration and Customs Enforcement,<br><br>*Defendants*. | Case No.: 3:19-cv-04073<br><br>**NOTICE OF APPEARANCE** |

| | |
|---|---|
| Melissa Crow*<br>SOUTHERN POVERTY LAW CENTER<br>1101 17th Street, NW Suite 705<br>Washington, D.C. 20036<br>T: (202) 355-4471<br>F: (404) 221-5857<br>*melissa.crow@splcenter.org*<br><br>Mary Bauer*<br>SOUTHERN POVERTY LAW CENTER<br>1000 Preston Avenue<br>Charlottesville, VA  22903<br>T:  (470) 606-9307<br>F:  (404) 221-5857<br>*mary.bauer@splcenter.org* | Baher Azmy*<br>Angelo Guisado*<br>Ghita Schwarz*<br>CENTER FOR CONSTITUTIONAL RIGHTS<br>666 Broadway, 7th Floor<br>New York, NY 10012<br>T: (212) 614-6464<br>F: (212) 614-6499<br>*bazmy@ccrjustice.org*<br>*aguisado@ccrjustice.org*<br>*gschwarz@ccrjustice.org*<br><br>Christine P. Sun (SBN 218701)<br>Vasudha Talla (SBN 316219)<br>Angélica Salceda**<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA, INC.<br>39 Drumm Street<br>San Francisco, CA 94111<br>T: (415) 621-2493<br>F: (415) 255-8437<br>*csun@aclunc.org*<br>*vtalla@aclunc.org*<br>*asalceda@aclunc.org* |

*Attorneys for Plaintiffs*

*\*Pro hac vice application forthcoming*
*\*\*Application for admission pending*

NOTICE OF APPEARANCE
Case No.: 3:19-cv-04073

Plaintiffs file this Notice of Appearance and hereby notify the Court and Defendants that Angélica Salceda, of the American Civil Liberties Union Foundation of Northern California, Inc., hereby enters her appearance as counsel of record for Plaintiffs in the above-referenced matter.

Dated: July 22, 2019

/s/ Angélica Salceda
Angélica Salceda
Staff Attorney
American Civil Liberties Union Foundation of Northern California, Inc.
39 Drumm Street
San Francisco, CA 94111
(415) 621-2493
*asalceda@aclunc.org*