UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EAST BAY SANCTUARY COVENANT, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM BARR, et al.,<br><br>Defendants. | Case No. 19-cv-04073-JST<br><br>**ORDER GRANTING LEAVE TO FILE AMICUS BRIEF**<br><br>Re: ECF No. 33 |

Before the Court is a motion for leave to file an amicus brief in support of Plaintiffs' motion for a temporary restraining order. ECF No. 33. The proposed amici are a coalition of former members of the Board of Immigration Appeals, former Immigration Judges, and law professors specializing in immigration law. *Id.* at 2. The motion includes the proposed brief as an exhibit. ECF No. 33-1. The government has not opposed the motion in the time provided. *See* ECF No. 18.

Having reviewed the motion, the Court concludes that the coalition will "fulfill the classic role of amicus curiae by assisting in a case of general public interest, supplementing the efforts of counsel, and drawing the court's attention to law that might otherwise escape consideration." *Funbus Sys., Inc. v. Cal. Pub. Utils. Comm'n.*, 801 F.2d 1120, 1125 (9th Cir. 1986) (citation omitted).

Accordingly, the Court GRANTS the motion. The proposed brief at ECF No. 33-1 shall

\ \ \

\ \ \

\ \ \

\ \ \

be deemed filed.

**IT IS SO ORDERED.**

Dated: July 23, 2019



_____
JON S. TIGAR
United States District Judge

2