1  JOSEPH H. HUNT
   *Assistant Attorney General*
2  SCOTT G. STEWART
   *Deputy Assistant Attorney General*
3  WILLIAM C. PEACHEY
   *Director*
4  EREZ REUVENI
   *Assistant Director*
5  Office of Immigration Litigation
6  U.S. Department of Justice, Civil Division
   P.O. Box 868, Ben Franklin Station
7  Washington, DC 20044
8  Tel: (202) 307-4293
   Email: Erez.R.Reuveni@usdoj.gov
9  PATRICK GLEN
   *Senior Litigation Counsel*
10

11              **UNITED STATES DISTRICT COURT**
             **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
12

13 _____

14  East Bay Sanctuary Covenant, *et al.*,        )
                                                  )
15            Plaintiffs,                         )
                                                  )
16                                                )
                                                  )      **NOTICE OF APPEAL**
17                                                )
                                                  )      Civil Action No. 1:19-cv-04073-JST
18  v.                                            )
    William Barr, *et al.*,                       )
19                                                )
                                                  )
20            Defendants.                         )
   _____               )

21

22        Defendants hereby appeal from the Court's Order entered July 24, 2019 (ECF No. 42), in

23  the above-captioned case to the United States Court of Appeals for the Ninth Circuit.

24  //

25  //

26  //

27  //

28  //

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

SCOTT G. STEWART
Deputy Assistant Attorney General

WILLIAM C. PEACHEY
Director

By: /s/ *Erez Reuveni*
    EREZ REUVENI
    Assistant Director
    Office of Immigration Litigation
    U.S. Department of Justice, Civil Division
    P.O. Box 868, Ben Franklin Station
    Washington, DC 20044
    Tel: (202) 307-4293
    Email: Erez.R.Reuveni@usdoj.gov

    PATRICK GLEN
    Senior Litigation Counsel

Dated: July 29, 2019               *Attorneys for Defendants*

NOTICE OF APPEAL
*East Bay Sanctuary v. Trump*,
Case No. 1:19-cv-04073-JST

1

1

## **CERTIFICATE OF SERVICE**

2          I hereby certify that on July 29, 2019, I electronically filed the foregoing document with

3   the Clerk of the Court for the United States Court of for the Northern District of California by

4   using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be

5   accomplished by the CM/ECF system.

6

7                                        By: _/s/ Erez Reuveni_
                                              EREZ REUVENI
8                                             Assistant Director
                                              United States Department of Justice
9                                             Civil Division

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF APPEAL
*East Bay Sanctuary v. Trump,*                    2
Case No. 1:19-cv-04073-JST