JOSEPH H. HUNT
*Assistant Attorney General*
SCOTT G. STEWART
*Deputy Assistant Attorney General*
WILLIAM C. PEACHEY
*Director*
EREZ REUVENI
*Assistant Director*
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-4293
Email: Erez.R.Reuveni@usdoj.gov
PATRICK GLEN
*Senior Litigation Counsel*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| East Bay Sanctuary Covenant, *et al.*, | Civil Action No. 3:19-cv-04073-JST |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING MOTION TO STAY** |
| v. | |
| William Barr, *et al.*, | |
| Defendants. | |

Before the Court is the Defendants' motion for a stay of the Court's order entering a preliminary injunction (ECF No. 42) pending appeal. Having reviewed the motion, IT IS HEREBY ORDERED that the motion is GRANTED.

Dated: July __, 2019

_____
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28