JOSEPH H. HUNT
*Assistant Attorney General*
SCOTT G. STEWART
*Deputy Assistant Attorney General*
WILLIAM C. PEACHEY
*Director*
EREZ REUVENI
*Assistant Director*
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-4293
Email: Erez.R.Reuveni@usdoj.gov
PATRICK GLEN
*Senior Litigation Counsel*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| East Bay Sanctuary Covenant, *et al.*, | |
| Plaintiffs, | EMERGENCY MOTION TO SHORTEN TIME |
| v. | Civil Action No. 1:19-cv-04073-JST |
| William Barr, *et al.*, | |
| Defendants. | |

Defendants have filed an emergency motion to stay the Court's order issuing a preliminary injunction (ECF No. 42) issued July 24, 2019. *See* ECF No. 47. As stated in that motion, if, upon reviewing the motion for stay the Court does not believe that Defendants have met the requirements for a stay, Defendants request that the Court summarily deny the motion without awaiting a response from Plaintiffs. However, should the court request further briefing, Defendants now respectfully move this Court to shorten the time for briefing of that motion for stay. Defendants request that the Court issue a decision on the motion no later than August 2, 2019. If the Court does not grant Defendants' motion by noon Pacific time on that day, Defendants intend to file with the United States Court of Appeals for the Ninth Circuit a motion seeking a stay of the order entering a preliminary injunction.

Defendants have conferred with Plaintiffs, who indicate that they oppose the motion for stay and this motion to shorten time.

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

SCOTT G. STEWART
Deputy Assistant Attorney General

WILLIAM C. PEACHEY
Director

By: /s/ *Erez Reuveni*
EREZ REUVENI
Assistant Director
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-4293
Email: Erez.R.Reuveni@usdoj.gov

PATRICK GLEN
Senior Litigation Counsel

Dated: July 29, 2019                *Attorneys for Defendants*

DEFENDANTS' MOTION FOR STAY
*East Bay Sanctuary v. Trump*,                1
Case No. 1:19-cv-04073-JST

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2019, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of for the Northern District of California by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

By: */s/ Erez Reuveni*
    EREZ REUVENI
    Assistant Director
    United States Department of Justice
    Civil Division

1  JOSEPH H. HUNT
   *Assistant Attorney General*
2  SCOTT G. STEWART
   *Deputy Assistant Attorney General*
3  WILLIAM C. PEACHEY
   *Director*
4  EREZ REUVENI
   *Assistant Director*
5  Office of Immigration Litigation
6  U.S. Department of Justice, Civil Division
   P.O. Box 868, Ben Franklin Station
7  Washington, DC 20044
8  Tel: (202) 307-4293
   Email: Erez.R.Reuveni@usdoj.gov
9  PATRICK GLEN
   *Senior Litigation Counsel*
10

11 **UNITED STATES DISTRICT COURT**
12 **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

13  
14  East Bay Sanctuary Covenant, *et al.*, )
    )  Civil Action No. 3:19-cv-04073-JST
15              Plaintiffs,   )
                              )  **[PROPOSED] ORDER GRANTING**
16                            )  **MOTIONN TO SHORTEN TIME**
                              )
17  v.                        )
                              )
18  William Barr, *et al.*,   )
                              )
19              Defendants.   )
20 _____ )

21  Before the Court is the Defendants' motion to shorten time on a decision of their motion
22 to stay the Court's order entering a preliminary injunction (ECF No. 42) pending appeal.
23 Having reviewed the motion, and determined that further briefing is warranted, IT IS HEREBY
24 ORDERED that the motion is GRANTED.
25 Dated: July __, 2019                       _____
26                                            United States District Judge
27
28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PROPOSED ORDER
*East Bay Sanctuary v. Barr*,
Case No. 1:19-cv-04073-JST