Duane Morley Cox
1199 Cliffside Dr.
Logan, Utah 84321
801-755-3578

**RECEIVED**
AUG - 2 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

| | |
|---|---|
| East Bay Sanctuary Covenant, et. al. | Case No. 19-4073 JST |
| Plaintiffs | |
| | Notice of Appearance |
| William Barr, Attorney General, in his Official Capacity, et. al. | |
| Defendants | |

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

**NOW COMES**, Duane Morley Cox, Pro Se, and files this Notice of Appearance in the above matter.

_____           _____
Duane Morley Cox, Pro Se                                    Date

Pg 4

Certificate Of Service

   I, Duane Morley Cox, Pro Se, does hereby swear that on 19 July 2019, that I did serve true and correct copies of the attached Notice of Appearance to the below listed parties by first class mail, postage prepaid.

Clerk (Original)
United States District Court
Northern District of California
450 Golden State Ave.
San Francisco, California 94120-3489

William Barr, et. al.
U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington D.C. 20530-0001

Lee Gelernt et. al.
ACLU FOUNDATION
IMMIGRANTS' RIGHTS Project
125 Broad Street, 1th Floor
New York, NY ~~1004~~ 10004

Katrina Eilander. al.
ACLU FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, California 94111

Melissa Crow
Southern Poverty Law Center
1101 17th Street, NW Suite 705
Washington DC 20036

Mary Bauer
Southern Poverty Law Center
1100 Preston Ave.
Charlottesville VA 22903

Baher Azmy, et. al.
Cewnter For Constitutional Rights
666 Broadway, 7th Floor
New York, NY 10012

Christine P. Sun, et. al.
ACLU, Foundation Of Northern Calif Inc
39 Drumm Street
San Francisco Calif. 94111

_____
Duane Morley Cox, Pro Se

19 July 2019
Date