**C** Morley and Jeanne Cox
1199 Cliffside Drive
Logan, UT 84321

Cle
Un
No
45
S



INSPEC...
AUG 02 2019
U.S. MARSHALS SERVICE




U.S. POSTAGE PAID
FCM LG ENV
SALT LAKE CITY, UT
84199
JUL 19, 19
AMOUNT
**$1.45**
R2305M146840-19

1000    94120

rk
ted States District Court
thern District of California
0 Golden State Ave.
n Francisco, California ~~~~~~~~~~
94102