

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

AUG 2 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| EAST BAY SANCTUARY COVENANT; et al., <br><br> Plaintiffs-Appellees, <br><br> v. <br><br> WILLIAM P. BARR, Attorney General; et al., <br><br> Defendants-Appellants. | No.   19-16487 <br><br> D.C. No. 3:19-cv-04073-JST <br> Northern District of California, <br> San Francisco <br><br> ORDER |

Before:  TASHIMA, M. SMITH, and BENNETT, Circuit Judges.

The court has received appellants' "Emergency Motion Under Circuit Rule 27-3 For Administrative Stay and Motion for Stay Pending Appeal." The request for an immediate administrative stay is denied.

The opposition to the emergency motion for a stay pending appeal is due by Monday, August 5, 2019. The optional reply in support of the emergency motion is due on Tuesday, August 6, 2019.

SLL/MOATT