UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EAST BAY SANCTUARY COVENANT, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>WILLIAM BARR, et al.,<br><br>    Defendants. | Case No. 19-cv-04073-JST<br><br>**ORDER DENYING LEAVE TO FILE AMICUS BRIEF**<br><br>Re: ECF No. 53 |

Duane Morley Cox's motion for leave to file an amicus brief, ECF No. 53, is hereby denied.

**IT IS SO ORDERED.**

Dated: August 6, 2019



_____
JON S. TIGAR
United States District Judge