Katrina Eiland (SBN 275701)
Cody Wofsy (SBN 294179)
Spencer Amdur (SBN 320069)
Julie Veroff (SBN 310161)
ACLU FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
T: (415) 343-0770
F: (415) 395-0950
*keiland@aclu.org*
*cwofsy@aclu.org*
*samdur@aclu.org*
*jveroff@aclu.org*

Lee Gelernt*
Omar C. Jadwat*
Anand Balakrishnan*
ACLU FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 549-2660
F: (212) 549-2654
*lgelernt@aclu.org*
*ojadwat@aclu.org*
*abalakrishnan@aclu.org*

*Attorneys for Plaintiffs*
*(Additional counsel listed on following page)*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| East Bay Sanctuary Covenant; Al Otro Lado; Innovation Law Lab; and Central American Resource Center in Los Angeles,<br><br>*Plaintiffs*,<br><br>v.<br><br>William Barr, Attorney General, in his official capacity; U.S. Department of Justice; James McHenry, Director of the Executive Office for Immigration Review, in his official capacity; the Executive Office for Immigration Review; Kevin McAleenan, Acting Secretary of Homeland Security, in his official capacity; U.S. Department of Homeland Security; Ken Cuccinelli, Acting Director of the U.S. Citizenship and Immigration Services, in his official capacity; U.S. Citizenship and Immigration Services; John Sanders, Commissioner of U.S. Customs and Border Protection, in his official capacity; U.S. Customs and Border Protection; Matthew Albence, Acting Director of Immigration and Customs Enforcement, in his official capacity; Immigration and Customs Enforcement,<br><br>*Defendants*. | Case No.: 3:19-cv-04073-JST<br><br>**NOTICE OF MOTION AND EMERGENCY MOTION TO CONSIDER SUPPLEMENTAL EVIDENCE AND RESTORE THE NATIONWIDE SCOPE OF THE INJUNCTION** |

Melissa Crow**
SOUTHERN POVERTY LAW CENTER
1101 17th Street, NW Suite 705
Washington, D.C. 20036
T: (202) 355-4471
F: (404) 221-5857
*melissa.crow@splcenter.org*

Mary Bauer**
SOUTHERN POVERTY LAW CENTER
1000 Preston Avenue
Charlottesville, VA  22903
T:  (470) 606-9307
F:  (404) 221-5857
*mary.bauer@splcenter.org*

Baher Azmy**
Angelo Guisado**
Ghita Schwarz**
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
T: (212) 614-6464
F: (212) 614-6499
*bazmy@ccrjustice.org*
*aguisado@ccrjustice.org*
*gschwarz@ccrjustice.org*

Christine P. Sun (SBN 218701)
Vasudha Talla (SBN 316219)
Angélica Salceda (SBN 296152)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
T: (415) 621-2493
F: (415) 255-8437
*csun@aclunc.org*
*vtalla@aclunc.org*
*asalceda@aclunc.org*

*Attorneys for Plaintiffs*

*Admitted Pro hac vice*
**Pro hac vice application forthcoming*

TO RESPONDENTS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs East Bay Sanctuary Covenant, Al Otro Lado, Innovation Law Lab, and Central American Resource Center of Los Angeles hereby move the Court to consider supplemental evidence in support of the necessary scope of preliminary injunctive relief to remedy Plaintiffs' harms, and to restore the nationwide scope of the preliminary injunction entered on July 24, 2019.  *See* ECF No. 42.

This motion is brought pursuant Federal Rule of Civil Procedure 65 and is based on the accompanying Memorandum in Support and materials cited therein; the pleadings and evidence on file in this matter; the accompanying declarations; and such other materials and argument as may be presented in connection with the hearing on the motion.

The additional declarations Plaintiffs have asked the Court to consider are limited to the scope of the injunction, and are of the same nature as the plaintiff declarations filed in the first *East Bay Sanctuary Covenant* case, *see* 18-cv-06810-JST, ECF No. 8-3, 8-4, 8-6, 8-7, as well as the plaintiff declarations filed in this case in support of preliminary injunctive relief, *see* ECF No. 3-2, 3-3, 3-4, 3-5, which the government did not challenge factually.  In light of the irreparable harm that Plaintiffs will face if the Interim Final Rule is not enjoined nationwide, Plaintiffs propose that Defendants' opposition to this motion be due within 48 hours of this filing, and that Plaintiffs' reply be due within 24 hours of the filing of Defendants' opposition.  Should the Court wish to hear argument on this motion, Plaintiffs request a hearing on Friday, August 23, 2019, at 2:30 pm.

Counsel for Plaintiffs provided notice of their intent to file this motion to Defendants on August 18, 2019, by email to Erez R. Reuveni, Counsel for Defendants.  Counsel for Plaintiffs will promptly send a copy of these filings to Mr. Reuveni by email.

Counsel for Defendants requested that Plaintiffs submit the following statement on their behalf: Defendants are not able to consent to a schedule without having the opportunity to see what new evidentiary matter Plaintiffs are submitting in support of their motion, as Defendants must determine whether they need to submit evidentiary matter of their own or to request expedited discovery as to Plaintiffs' evidence. Although Plaintiffs contacted Defendants about scheduling, because Defendants cannot review Plaintiffs' evidence before Plaintiffs file, Defendants propose that

the Court order the parties to meet and confer on a schedule that reasonably provides both parties sufficient time to submit or contest evidentiary matters relevant to Plaintiffs' pending motion. Defendants do not believe that can be accomplished in the 48 hours Plaintiffs propose Defendants have to respond, and note that in other cases in which discovery is needed to assess scope of injury, such proceedings often take months. *See, e.g.*, ECF Nos. 28 and 118, *United States v. California*, No. 18-490 (E.D. Cal.) (orders providing for expedited discovery period of nine weeks as to issues related to scope of injury).

Dated: August 19, 2019

Respectfully submitted,

/s/ Lee Gelernt

| | |
|---|---|
| Katrina Eiland (SBN 275701) | Lee Gelernt* |
| Cody Wofsy (SBN 294179) | Omar Jadwat* |
| Spencer Amdur (SBN 320069) | Anand Balakrishnan* |
| Julie Veroff (SBN 310161) | AMERICAN CIVIL LIBERTIES UNION |
| AMERICAN CIVIL LIBERTIES UNION | FOUNDATION |
| FOUNDATION | IMMIGRANTS' RIGHTS PROJECT |
| IMMIGRANTS' RIGHTS PROJECT | 125 Broad St., 18th Floor |
| 39 Drumm Street | New York, NY 10004 |
| San Francisco, CA 94111 | T:  (212) 549-2660 |
| T:  (415) 343-1198 | F:  (212) 549-2654 |
| F:  (415) 395-0950 | *lgelernt@aclu.org* |
| *keiland@aclu.org* | *ojadwat@aclu.org* |
| *cwofsy@aclu.org* | *abalakrishnan@aclu.org* |
| *samdur@aclu.org* | |
| *jveroff@aclu.org* | |
| | |
| Melissa Crow** | Christine P. Sun (SBN 218701) |
| SOUTHERN POVERTY LAW CENTER | Vasudha Talla (SBN 316219) |
| 1101 17th Street, NW Suite 705 | Angélica Salceda (SBN 296152) |
| Washington, D.C. 20036 | AMERICAN CIVIL LIBERTIES UNION OF |
| T: (202) 355-4471 | NORTHERN CALIFORNIA, INC. |
| F: (404) 221-5857 | 39 Drumm Street |
| *melissa.crow@splcenter.org* | San Francisco, CA 94111 |
| | T: (415) 621-2493 |
| | F: (415) 255-8437 |
| | *csun@aclunc.org* |
| | *vtalla@aclunc.org* |
| | *asalceda@aclunc.org* |

| | |
|---|---|
| Mary Bauer** | Baher Azmy** |
| SOUTHERN POVERTY LAW CENTER | Angelo Guisado** |
| 1000 Preston Avenue | Ghita Schwarz** |
| Charlottesville, VA  22903 | CENTER FOR CONSTITUTIONAL RIGHTS |
| T: (470) 606-9307 | 666 Broadway, 7th Floor |
| F: (404) 221-5857 | New York, NY 10012 |
| *mary.bauer@splcenter.org* | Telephone: (212) 614-6464 |
| | Facsimile: (212) 614-6499 |
| *Attorneys for Plaintiffs* | *bazmy@ccrjustice.org* |
| | *aguisado@ccrjustice.org* |
| | *gschwarz@ccrjustice.org* |

*\*Admitted Pro hac vice*
*\*\* Pro hac vice application forthcoming*