1  Katrina Eiland (SBN 275701)
   Cody Wofsy (SBN 294179)
2  Spencer Amdur (SBN 320069)
   Julie Veroff (SBN 310161)
3  ACLU FOUNDATION
   IMMIGRANTS' RIGHTS PROJECT
4  39 Drumm Street
5  San Francisco, CA 94111
   T: (415) 343-0770
6  F: (415) 395-0950
   keiland@aclu.org
7  cwofsy@aclu.org
   samdur@aclu.org
8  jveroff@aclu.org

   Lee Gelernt*
   Omar C. Jadwat*
   Anand Balakrishnan*
   ACLU FOUNDATION
   IMMIGRANTS' RIGHTS PROJECT
   125 Broad Street, 18th Floor
   New York, NY 10004
   T: (212) 549-2660
   F: (212) 549-2654
   lgelernt@aclu.org
   ojadwat@aclu.org
   abalakrishnan@aclu.org

   *Attorneys for Plaintiffs*
   *(Additional counsel listed on following page)*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| East Bay Sanctuary Covenant; Al Otro Lado; Innovation Law Lab; and Central American Resource Center in Los Angeles,<br><br>*Plaintiffs*,<br><br>v.<br><br>William Barr, Attorney General, in his official capacity; U.S. Department of Justice; James McHenry, Director of the Executive Office for Immigration Review, in his official capacity; the Executive Office for Immigration Review; Kevin McAleenan, Acting Secretary of Homeland Security, in his official capacity; U.S. Department of Homeland Security; Ken Cuccinelli, Acting Director of the U.S. Citizenship and Immigration Services, in his official capacity; U.S. Citizenship and Immigration Services; John Sanders, Commissioner of U.S. Customs and Border Protection, in his official capacity; U.S. Customs and Border Protection; Matthew Albence, Acting Director of Immigration and Customs Enforcement, in his official capacity; Immigration and Customs Enforcement,<br><br>*Defendants*. | Case No.: 3:19-cv-04073-JST<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' EMERGENCY MOTION TO CONSIDER SUPPLEMENTAL EVIDENCE AND RESTORE THE NATIONWIDE SCOPE OF THE INJUNCTION** |

Melissa Crow**
SOUTHERN POVERTY LAW CENTER
1101 17th Street, NW Suite 705
Washington, D.C. 20036
T: (202) 355-4471
F: (404) 221-5857
*melissa.crow@splcenter.org*

Mary Bauer**
SOUTHERN POVERTY LAW CENTER
1000 Preston Avenue
Charlottesville, VA  22903
T:  (470) 606-9307
F:  (404) 221-5857
*mary.bauer@splcenter.org*

Baher Azmy**
Angelo Guisado**
Ghita Schwarz**
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
T: (212) 614-6464
F: (212) 614-6499
*bazmy@ccrjustice.org*
*aguisado@ccrjustice.org*
*gschwarz@ccrjustice.org*

Christine P. Sun (SBN 218701)
Vasudha Talla (SBN 316219)
Angélica Salceda (SBN 296152)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
T: (415) 621-2493
F: (415) 255-8437
*csun@aclunc.org*
*vtalla@aclunc.org*
*asalceda@aclunc.org*

*Attorneys for Plaintiffs*

*Admitted Pro hac vice*
**Pro hac vice application forthcoming*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Plaintiffs' motion to consider supplemental evidence and restore the nationwide scope of the injunction came before this Court for consideration on August __, 2019.  Upon consideration of the motion, and for good cause shown, Plaintiffs' motion is hereby GRANTED.

Date: _____

United States District Judge