UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EAST BAY SANCTUARY COVENANT, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>WILLIAM BARR, et al.,<br><br>   Defendants. | Case No. 19-cv-04073-JST<br><br>**SCHEDULING ORDER**<br><br>Re: ECF No. 57 |

The Court has received Plaintiffs' Emergency Motion to Consider Supplemental Evidence and Restore the Nationwide Scope of the Injunction. ECF No. 57. Regarding the scheduling of the motion, the Court believes that the neither 48 hours proposed by the Plaintiffs for Defendants to respond, *id.* at 3, nor the "months" proposed by the Defendants, *id.* at 4, seems reasonable. Also, the Court requires more legal briefing from the Plaintiffs than is contained in their Emergency Motion on the legal framework for the issuance of a nationwide injunction, so that both parties can thoroughly address this issue. The Court will therefore invite the Plaintiffs to file an amended brief in support of their motion.

Accordingly, the Court now sets the following schedule: Plaintiffs' amended opening brief is due August 22, 2019; Defendants' opposition is due August 29, 2019; and Plaintiffs' reply is due September 3, 2019. The Court will conduct a hearing on September 5, 2019 at 9:30 a.m.

**IT IS SO ORDERED.**

Dated: August 19, 2019

JON S. TIGAR
United States District Judge