IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| East Bay Sanctuary Covenant, *et al.*, | CASE NO.: 3:19-CV-04073-JST |
| *Plaintiffs*, | **[PROPOSED] ORDER GRANTING MOTION OF NON-PROFIT ORGANIZATIONS AND LAW SCHOOL CLINICS FOR LEAVE TO FILE AN AMICUS CURIAE BRIEF** |
| v. | |
| William P. Barr, *et al.*, | |
| *Defendants*. | |

1   This matter comes before the Court on a Motion for Leave to File an Amicus Brief in
2   Support of Plaintiffs, filed by non-profit organizations and law school clinics. The Motion
3   includes the proposed amicus brief as an exhibit. Good cause appearing, the Court hereby
4   GRANTS the Motion.

6       IT IS SO ORDERED.
7   DATED: _____, 2019.

                                                    _____
                                                    Hon. Jon S. Tigar