JOSEPH H. HUNT
*Assistant Attorney General*
SCOTT G. STEWART
*Deputy Assistant Attorney General*
WILLIAM C. PEACHEY
*Director*
Office of Immigration Litigation
District Court Section
EREZ REUVENI
*Assistant Director*
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 347-4293
Email: Erez.R.Reuveni@usdoj.gov
PATRICK GLEN
*Senior Litigation Counsel*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| East Bay Sanctuary Covenant, *et al.*,  )<br>)<br>Plaintiffs,  )<br>)<br>)<br>v.  )<br>)<br>William Barr, *et al.*,  )<br>)<br>Defendants.  )<br>) | Civil Action No. 1:19-cv-04073-JST<br><br>**OPPOSITION TO PLAINTIFFS'**<br>**RENEWED MOTION FOR**<br>**A NATIONWIDE INJUNCTION** |

Defendants hereby file a notice of errata to the "Opposition to Plaintiffs' Renewed Motion for a Nationwide Injunction" (ECF 65). The filing includes an Exhibit B, titled "Court Action Related to the Interim File Regulation - 9th Circuit Injunction Update," dated August 17, 2019. That exhibit was submitted in error. The correct Exhibit B should consist of two documents, (1) "Amended Guidance on the Interim Final Rule and the 9th Circuit Injunction," dated August 20, 2017, and (2) the originally "filed Court Action Related to the Interim File Regulation - 9th Circuit Injunction Update." Both are attached to this filing.

Defendants regret this error and respectfully request that the Court substitute the two documents attached to this filing for the document filed as Exhibit B (ECF 65-2) with Defendants opposition to Plaintiffs' renewed motion for a nationwide injunction (ECF 65).

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

SCOTT G. STEWART
Deputy Assistant Attorney General

WILLIAM C. PEACHEY
Director

By: /s/ *Erez Reuveni*
EREZ REUVENI
Assistant Director
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 347-4293
Email: Erez.R.Reuveni@usdoj.gov

PATRICK GLEN
*Senior Litigation Counsel*

Dated: August 29, 2019                *Attorneys for Defendants*

ERRATA, OPPOSITION TO PLAINTIFFS' RENEWED MOTION FOR A NATIONWIDE INJUNCTION
*East Bay Sanctuary Covenant v. Barr*
Case No. 1:19-cv-04073-JST

1

**CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2019, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of for the Northern District of California by using the CM/ECF system.  Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

                        By: */s/ Erez Reuveni*
                              Erez Reuveni
                              Assistant Director
                              United States Department of Justice
                              Civil Division