JOSEPH H. HUNT
*Assistant Attorney General*
WILLIAM C. PEACHEY
*Director*
EREZ REUVENI
*Assistant Director*
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-4293
Erez.R.Reuveni@usdoj.gov
PATRICK GLEN
*Senior Litigation Counsel*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| East Bay Sanctuary Covenant, *et al.*, ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 4:19-cv-4073-JST |
| ) | **DECLARATION OF** |
| ) | **EREZ REUVENI** |
| William Barr, *et al.*, ) | |
| Defendants. ) | |

I, Erez Reuveni, declare:

1.     I am an Assistant Director at the Office of Immigration Litigation, District Court Section, of the United States Department of Justice, and represent Defendants in this action.  The facts set forth in this declaration are within my personal knowledge or based on documents and information I have received in the course of this litigation in this case.

2.     Plaintiffs in this lawsuit are challenging the Interim Final Rule titled "Asylum Eligibility and Procedural Modifications," 84 Fed. Reg. 33,829 (July 16, 2019) ("Rule").  *See* ECF Nos. 1, 3.

3.     As part of their opposition to Plaintiffs' renewed motion for a nationwide injunction (ECF No. 63), Defendants attached ass exhibits guidance documents issued by the Executive Office of Immigration Review ("EOIR"), United States Immigration and Citizenship Service ("USCIS") and Immigration and Customs Enforcement ("ICE"), illustrating how each agency is implementing this Court's injunction, as modified by the Ninth Circuit.

4.     Two of the guidance documents, issued by EOIR and ICE, respectively, contain privileged attorney-client communications that occurred in connection with this case. Those documents presently appear on the docket at ECF Nos. 65-1 (EOIR) and 65-3 (ICE).

5.     Those same two documents also contain privileged work-product information and personal identifying information, as  these documents were explicitly prepared in connection with the pending litigation and in response to the preliminary injunction issued by this Court, as modified by the Ninth Circuit.

6.     In addition, the guidance documents contain third party personal identifying information, including third party attorney names.

7.     On September 3, 2019, I contacted Counsel for Plaintiffs, Lee Gelernt, via email to ascertain Plaintiffs' position on this motion.  Plaintiffs' Counsel indicates they take no position as to whether the aforementioned guidance documents should be filed partially under seal.

I declare under penalty of perjury that the following declaration is true and correct.

Executed at Washington, D.C. on September 3, 2019.

*/s/ Erez Reuveni*
EREZ REUVENI