JOSEPH H. HUNT
*Assistant Attorney General*
WILLIAM C. PEACHEY
*Director*
EREZ REUVENI
*Assistant Director*
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-4293
Erez.R.Reuveni@usdoj.gov
PATRICK GLEN
*Senior Litigation Counsel*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| East Bay Sanctuary Covenant, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> William Barr, *et al.*, <br><br> Defendants. | Civil Action No. 4:19cv-4073-JST <br><br> **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO FILE PORTIONS OF GUIDANCE DOCUMENTS UNDER SEAL** |

The Court, having considered Defendants' Administrative Motion to File portions of Exhibit A (Executive Office of Immigration Review ("EOIR")), Ninth Circuit Stay Order - Asylum Transit Interim Final Rule Litigation (ECF No. 65-1), and Exhibit C (Immigration and Customs Enforcement ("ICE")), Broadcast Message: UPDATED GUIDANCE - Asylum Eligibility and Procedural Modifications IFR (ECF No. 65-3), and good cause appearing therefore, the Court hereby GRANTS the Motion.

The portions of these documents, as described below, shall be sealed:

| | |
|---|---|
| Ninth Circuit Stay Order - Asylum Transit Interim Final Rule Litigation | • Page 1, the name following "From:" <br> • Page 1, the line following "cc:" <br> • Page 1, the remainder of the paragraph following "OCIJ – please ensure that this guidance is distributed ASAP today." <br> • Page 1, the signature block following "Best regards," until ***Warning*** <br> • Page 1, the name following "from:" 5 lines from the bottom <br> • Page 1-2, the email addresses in the "To:" and all names and email addresses in the "CC:" lines <br> • Page 2, the third sentence of the paragraph beginning "I have attached the Federal Register version of the rule for your convenience." <br> • Page 2, the signature block, after "Thank you," until "***warning***…" |
| Broadcast Message: UPDATED GUIDANCE - Asylum Eligibility and Procedural Modifications IFR | • Page 1, name following "From:" <br> • Page 1, names following "Disseminated on behalf of…" <br> • Page 1, everything in paragraph following "For |

Administratively Final Grants of Asylum:"
- Page 1-2, everything in paragraph following "For Non-Final Grants of Asylum:"
- Page 2, the names and titles of in the two paragraphs containing "Office of the Principal Legal Advisor U.S. Immigration and Customs Enforcement U.S. Department of Homeland Security"
- Page 2, the name following "From:"
- Page 2, the entirety of the "To:" line
- Page 2, the names following "Disseminated on behalf of"
- Page 3, the names and titles of in the two paragraphs containing "Office of the Principal Legal Advisor U.S. Immigration and Customs Enforcement U.S. Department of Homeland Security"
- Page 3, the name following "From:"
- Page 3, the entirety of the "To:" line
- Page 3, the name following "thank you" four lines from the bottom
- Page 4, the name and title in the top two lines"
- Page 4, everything on the remainder of the page after "Please note that this message may contain sensitive and/or legally privileged information (attorney work product, attorney-client communication, deliberative process, personally identifiable information, law enforcement sensitive, etc.) and should be handled accordingly."
- Page 5: everything

|  | <ul><li>Page 6: everything</li><li>Page 7: The first five lines of the page</li><li>Page 7: The names and titles in the paragraphs containing the phrase "Office of the Principal Legal Advisor U.S. Immigration and Customs Enforcement U.S. Department of Homeland Security"</li></ul> |
|---|---|

The Court orders that the submitted redacted versions of the guidance documents be visible on the public docket, while the unredacted versions shall be filed under seal.

IT IS SO ORDERED.

Issued this ____ day of _____, 2019.

_____

United States District Judge