```
JOSEPH H. HUNT
```
*Assistant Attorney General*
```
SCOTT G. STEWART
```
*Deputy Assistant Attorney General*
```
WILLIAM C. PEACHEY
```
*Director*
```
EREZ REUVENI
```
*Assistant Director*
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-4293
Email: Erez.R.Reuveni@usdoj.gov
```
PATRICK GLEN
```
*Senior Litigation Counsel*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| East Bay Sanctuary Covenant, *et al.*, | |
| Plaintiffs, | **NOTICE OF APPEAL** |
| v. | Civil Action No. 4:19-cv-04073-JST |
| William Barr, *et al.*, | |
| Defendants. | |

## NOTICE OF APPEAL

Defendants hereby appeal from the Court's Order entered September 9, 2019 (ECF No. 73), in the above-captioned case to the United States Court of Appeals for the Ninth Circuit. Defendants does not believe that a notice of appeal is necessary because the district court's order states that it is "restor[ing] the nationwide scope of the injunction" rather than awarding a new injunction, *see* ECF No. 73 at 6, but Defendants nevertheless file this notice in an abundance of caution.

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | JOSEPH H. HUNT<br>Assistant Attorney General |
|   | SCOTT G. STEWART<br>Deputy Assistant Attorney General |
|   | WILLIAM C. PEACHEY<br>Director |
|   | By: /s/ *Erez Reuveni*<br>EREZ REUVENI<br>Assistant Director<br>Office of Immigration Litigation<br>U.S. Department of Justice, Civil Division<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>Tel: (202) 307-4293<br>Email: Erez.R.Reuveni@usdoj.gov |
|   | PATRICK GLEN<br>Senior Litigation Counsel |
| Dated: September 10, 2019 | *Attorneys for Defendants* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2019 I electronically filed the foregoing document with the Clerk of the Court for the United States Court of for the Northern District of California by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

By: */s/ Erez Reuveni*
    EREZ REUVENI