JOSEPH H. HUNT
*Assistant Attorney General*
WILLIAM C. PEACHEY
*Director*
EREZ REUVENI
*Assistant Director*
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-4293
Erez.R.Reuveni@usdoj.gov
PATRICK GLEN
*Senior Litigation Counsel*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| East Bay Sanctuary Covenant, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>William Barr, *et al.*,<br><br>  Defendants. | Civil Action No. 4:19cv-4073-JST<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STAY PRELIMINARY INJUNCTION PENDING APPEAL** |

1  The Court, having considered Defendants' emergency motion to stay the preliminary
2  injunction order pending appeal, hereby GRANTS the motion.  The preliminary injunction is
3  stayed pending the conclusion of proceedings in the Ninth Circuit.
4      IT IS SO ORDERED.
5
6      Issued this ____ day of _____, 201__.
7                                                                         _____
8                                                                         United States District Judge