AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | |
|---|---|
| East Bay Sanctuary Covenant, Al Otro Lado, Innovation Lab Lab, and Central American Resource Center in Los Angeles<br><br>*Plaintiff(s)*<br>v.<br>William Barr, Attorney General of the United States, et al.<br><br>*Defendant(s)* | Civil Action No. 19-cv-04073-JST |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    David L. Anderson, US Attorney for the Northern District of California
    450 Golden Gate Avenue, 11th Floor
    San Francisco, CA 94102

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Katrina Eiland
    American Civil Liberties Union Foundation
    Immigrants' Rights Project
    39 Drumm Street
    San Francisco, CA 94111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
*Susan Y. Soong*

Date: 9/10/2019

*Signature of Clerk or Deputy Clerk*