| | |
|---|---|
| Katrina Eiland (SBN 275701) | Lee Gelernt* |
| Cody Wofsy (SBN 294179) | Omar C. Jadwat* |
| Spencer Amdur (SBN 320069) | Anand Balakrishnan* |
| Julie Veroff (SBN 310161) | ACLU FOUNDATION |
| ACLU FOUNDATION | IMMIGRANTS' RIGHTS PROJECT |
| IMMIGRANTS' RIGHTS PROJECT | 125 Broad Street, 18th Floor |
| 39 Drumm Street | New York, NY 10004 |
| San Francisco, CA 94111 | T: (212) 549-2660 |
| T: (415) 343-0770 | F: (212) 549-2654 |
| F: (415) 395-0950 | *lgelernt@aclu.org* |
| *keiland@aclu.org* | *ojadwat@aclu.org* |
| *cwofsy@aclu.org* | *abalakrishnan@aclu.org* |
| *samdur@aclu.org* | |
| *jveroff@aclu.org* | *Attorneys for Plaintiffs* |
| | *(Additional counsel listed on following page)* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| East Bay Sanctuary Covenant; Al Otro Lado; Innovation Law Lab; and Central American Resource Center in Los Angeles, | Case No.: 3:19-cv-04073-JST |
| *Plaintiffs*, | |
| v. | **JOINT STATEMENT CONCERNING DEFENDANTS' EMERGENCY STAY MOTION** |
| William Barr, Attorney General, in his official capacity; U.S. Department of Justice; James McHenry, Director of the Executive Office for Immigration Review, in his official capacity; the Executive Office for Immigration Review; Kevin McAleenan, Acting Secretary of Homeland Security, in his official capacity; U.S. Department of Homeland Security; Ken Cuccinelli, Acting Director of the U.S. Citizenship and Immigration Services, in his official capacity; U.S. Citizenship and Immigration Services; John Sanders, Commissioner of U.S. Customs and Border Protection, in his official capacity; U.S. Customs and Border Protection; Matthew Albence, Acting Director of Immigration and Customs Enforcement, in his official capacity; Immigration and Customs Enforcement, | |
| *Defendants*. | |

Melissa Crow*
SOUTHERN POVERTY LAW CENTER
1101 17th Street, NW Suite 705
Washington, D.C. 20036
T: (202) 355-4471
F: (404) 221-5857
*melissa.crow@splcenter.org*

Mary Bauer*
SOUTHERN POVERTY LAW CENTER
1000 Preston Avenue
Charlottesville, VA 22903
T: (470) 606-9307
F: (404) 221-5857
*mary.bauer@splcenter.org*

Baher Azmy**
Angelo Guisado**
Ghita Schwarz**
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
T: (212) 614-6464
F: (212) 614-6499
*bazmy@ccrjustice.org*
*aguisado@ccrjustice.org*
*gschwarz@ccrjustice.org*

Christine P. Sun (SBN 218701)
Vasudha Talla (SBN 316219)
Angélica Salceda (SBN 296152)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
T: (415) 621-2493
F: (415) 255-8437
*csun@aclunc.org*
*vtalla@aclunc.org*
*asalceda@aclunc.org*

*Attorneys for Plaintiffs*

*\*Admitted Pro hac vice*
*\*\*Pro hac vice application forthcoming*

In light of the Supreme Court's grant of Defendants' application for stay, *see Barr v. East Bay Sanctuary Covenant*, No. 19A230 (Docket Entry Sept. 11, 2019), the parties believe there is no longer a need for the Court to adjudicate Defendants' emergency motion to stay the Court's preliminary injunction order pending appeal, ECF No. 77.  The parties therefore respectfully request that Defendants' motion be deemed moot, and that Plaintiffs be relieved of their obligation to file an opposition.

Dated: September 12, 2019

Respectfully submitted,

*/s/ Lee Gelernt*
Lee Gelernt
American Civil Liberties Union Foundation
Immigrants' Rights Project
125 Broad St., 18th Floor
New York, NY 10004
T: (212) 549-2660
F: (212) 549-2654
lgelernt@aclu.org

*Attorney for Plaintiffs*

*/s/ Erez Reuveni*
Erez Reuveni
Assistant Director
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
T: (202) 307-4293
Erez.R.Reuveni@usdoj.gov

*Attorney for Defendants*