AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

|  |  |
|---|---|
| East Bay Sanctuary Covenant, Al Otro Lado, Innovation Lab Lab, and Central American Resource Center in Los Angeles | ) ) ) ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| William Barr, Attorney General of the United States | ) ) |
| _____ | ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.   3:19-cv-04073-JST

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   William Barr, Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Katrina Eiland
American Civil Liberties Union Foundation
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date:   _____7/19/2019_____

_____Thelma Nudo_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev  06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  3:19-cv-04073-JST

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   William Barr, Attorney General

was received by me on *(date)*        07/19/2019        .

☐ I personally served the summons on the individual at *(place)*

on *(date)*                              ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)*                              , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)*                                                            , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)*                              ; or

☐ I returned the summons unexecuted because                                          ; or

☑ Other *(specify):*  A copy of the complaint, summons and standing order was sent via certified mail to William
Barr, Attorney General of the United States, U.S. Department of Justice, 950 Pennsylvania
Avenue, NW, Washington, DC 20530 and was delivered on September 3, 2019.

My fees are $                    for travel and $                    for services, for a total of $       0.00       .

I declare under penalty of perjury that this information is true.

Date:      09/12/2019

*Server's signature*

Sarah Mujahid, Paralegal
*Printed name and title*

ACLU Foundation, Immigrants Rights Project
39 Drumm Street
San Francisco, CA 94111
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| East Bay Sanctuary Covenant, Al Otro Lado, Innovation Lab Lab, and Central American Resource Center in Los Angeles | ) ) ) ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| U.S. Department of Justice | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No.   3:19-cv-04073-JST

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Katrina Eiland
American Civil Liberties Union Foundation
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
*Susan Y. Soong*

Date:   _____7/19/2019_____

_____
Thelma Nudo
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  3:19-cv-04073-JST

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   US Department of Justice

was received by me on *(date)*   07/19/2019   .

&#9723; I personally served the summons on the individual at *(place)*

                                            on *(date)*                                    ; or

&#9723; I left the summons at the individual's residence or usual place of abode with *(name)*

                                       , a person of suitable age and discretion who resides there,

on *(date)*                                    , and mailed a copy to the individual's last known address; or

&#9723; I served the summons on *(name of individual)*                                                                      , who is

designated by law to accept service of process on behalf of *(name of organization)*

                                       on *(date)*                                    ; or

&#9723; I returned the summons unexecuted because                                                                                ; or

☑ Other *(specify):*  A copy of the complaint, summons and standing order was sent via certified mail to U.S.
                        Department of Justice, 950 Pennsylvania Avenue, NW, Washington, DC 20530 and was
                        delivered on September 3, 2019.

My fees are $                         for travel and $                         for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   09/12/2019

*Server's signature*

Sarah Mujahid, Paralegal
*Printed name and title*

ACLU Foundation, Immigrants Rights Project
39 Drumm Street
San Francisco, CA 94111
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

<table>
<tr><td>

East Bay Sanctuary Covenant, Al Otro Lado,
Innovation Lab Lab, and Central American Resource
Center in Los Angeles

_____
*Plaintiff(s)*

v.

James McHenry, Director of Executive Office for
Immigration Review

_____
*Defendant(s)*

</td><td>

)
)
)
)
)
)
)
)
)
)
)

</td><td>

Civil Action No.  3:19-cv-04073-JST

</td></tr>
</table>

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  James McHenry, Director
Executive Office of Immigration Review
U.S. Department of Justice
5107 Leesburg Pike
Falls Church, VA 22041

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:   Katrina Eiland
American Civil Liberties Union Foundation
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

CLERK OF COURT
*Susan Y. Soong*

Date:  7/19/2019          _____
Thelma Nudo
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  3:19-cv-04073-JST

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   James McHenry, Director of EOIR

was received by me on *(date)*        07/19/2019          .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  A copy of the complaint, summons and standing order was sent via certified mail to James
McHenry, Director, Executive Office of Immigration Review, U.S. Department of Justice,
5107 Leesburg Pike, Falls Church, VA 22041 and was delivered on September 3, 2019.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:      09/12/2019

_____
*Server's signature*

Sarah Mujahid, Paralegal
*Printed name and title*

ACLU Foundation, Immigrants Rights Project
39 Drumm Street
San Francisco, CA 94111
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| East Bay Sanctuary Covenant, Al Otro Lado, Innovation Lab Lab, and Central American Resource Center in Los Angeles | ) ) ) ) |
| _Plaintiff(s)_ | ) |
| v. | ) Civil Action No.  3:19-cv-04073-JST |
| Executive Office for Immigration Review | ) ) |
| | ) ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Executive Office of Immigration Review
U.S. Department of Justice
5107 Leesburg Pike
Falls Church, VA 22041

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Katrina Eiland
American Civil Liberties Union Foundation
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_
_Susan Y. Soong_

Date:  ___7/19/2019___                                  Thelma Nudo
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev  06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   3:19-cv-04073-JST

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Executive Office of Immigration Review

was received by me on *(date)*            07/19/2019           .

☐ I personally served the summons on the individual at *(place)*

_____   on *(date)* _____   ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____   , a person of suitable age and discretion who resides there,

on *(date)* _____   , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____   , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____|_____   on *(date)* _____   ; or

☐ I returned the summons unexecuted because _____   ; or

☑ Other *(specify):*   A copy of the complaint, summons and standing order was sent via certified mail to
Executive Office of Immigration Review, U.S. Department of Justice, 5107 Leesburg Pike
Falls Church, VA 22041 and was delivered on September 3, 2019.

My fees are $ _____   for travel and $ _____   for services, for a total of $      0.00      .

I declare under penalty of perjury that this information is true.

Date:        09/12/2019 _____                  _____
                                                                          *Server's signature*

                                                                   Sarah Mujahid, Paralegal
                                                                   *Printed name and title*

                                                             ACLU Foundation, Immigrants Rights Project
                                                                          39 Drumm Street
                                                                   San Francisco, CA 94111
                                                                          *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| East Bay Sanctuary Covenant, Al Otro Lado, Innovation Lab Lab, and Central American Resource Center in Los Angeles | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) Civil Action No.  3:19-cv-04073-JST |
| Kevin K. McAleenan, Acting Secretary of Homeland Security, in his official capacity | ) ) ) ) |
| *Defendant(s)* | ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Kevin K. McAleenan
Acting Secretary of Homeland Security
c/o General Counsel
MS0485
245 Murray Lane SW
Washington, DC 20528

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Katrina Eiland
American Civil Liberties Union Foundation
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date:   7/19/2019                    Thelma Nudo
                                        _____
                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  3:19-cv-04073-JST

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Kevin K. McAleenan, Acting Secretary of Homeland Security

was received by me on *(date)*          07/19/2019          .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____|_____ on *(date)* _____ ; or |

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*   A copy of the complaint, summons and standing order was sent via certified mail to Kevin K.
McAleenan, Acting Secretary of Homeland Security, c/o General Counsel, MS0485, 245
Murray Lane SW, Washington, DC 20528 and was delivered on September 3, 2019.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:     09/12/2019 _____

_____
*Server's signature*

Sarah Mujahid, Paralegal
*Printed name and title*

ACLU Foundation, Immigrants Rights Project
39 Drumm Street
San Francisco, CA 94111
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| East Bay Sanctuary Covenant, Al Otro Lado, Innovation Lab Lab, and Central American Resource Center in Los Angeles | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| U.S. Department of Homeland Security | ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.  3:19-cv-04073-JST

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  U.S. Department of Homeland Security
c/o General Counsel
MS0485
245 Murray Lane SW
Washington, DC 20528

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Katrina Eiland
American Civil Liberties Union Foundation
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
*Susan Y. Soong*

Date:     7/19/2019

Thelma Nudo
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:19-cv-04073-JST

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   US Department of Homeland Security

was received by me on *(date)*          07/19/2019          .

    ☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

    ☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    ☐ I returned the summons unexecuted because _____ ; or

    ☑ Other *(specify):* A copy of the complaint, summons and standing order was sent via certified mail to US
    Department of Homeland Security, c/o General Counsel, MS0485, 245 Murray Lane SW,
    Washington, DC 20528 and was delivered on September 3, 2019.

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:      09/12/2019          _____
                                             *Server's signature*

                             Sarah Mujahid, Paralegal
                               *Printed name and title*

              ACLU Foundation, Immigrants Rights Project
                        39 Drumm Street
                     San Francisco, CA 94111
                           *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| East Bay Sanctuary Covenant, Al Otro Lado, Innovation Lab Lab, and Central American Resource Center in Los Angeles | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| Kenneth T. Cuccinelli, Acting Director of U.S. Citizenship and Immigration Services, in his official capacity | ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.   3:19-cv-04073-JST

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Kenneth T. Cuccinelli, Acting Director of USCIS
Office of the General Counsel
245 Murray Lane SW
Mail Stop 0485
Washington, DC 20528

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Katrina Eiland
American Civil Liberties Union Foundation
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
*Susan Y. Soong*

Date:   7/19/2019

Thelma Nudo

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev  06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  3:19-cv-04073-JST

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Kenneth T. Cuccinelli, Acting Director of USCIS

was received by me on *(date)*        07/19/2019        .

□ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

□ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

□ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

□ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  A copy of the complaint, summons and standing order was sent via certified mail to Kenneth
T. Cuccinelli, Acting Director of USCIS, Office of the General Counsel, MS0485, 245 Murray
Lane SW, Mail Stop 0485, Washington, DC 20528 and was delivered on September 3,
2019.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:      09/12/2019

_____
*Server's signature*

Sarah Mujahid, Paralegal
*Printed name and title*

ACLU Foundation, Immigrants Rights Project
39 Drumm Street
San Francisco, CA 94111
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| East Bay Sanctuary Covenant, Al Otro Lado, Innovation Lab Lab, and Central American Resource Center in Los Angeles | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No.  3:19-cv-04073-JST |
| U.S. Citizenship and Immigration Services | ) ) |
| *Defendant(s)* | ) ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  U.S. Citizenship and Immigration Services
Office of the Chief Counsel
20 Massachussetts Ave NW, Room 4210
Washington, DC 20529

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Katrina Eiland
American Civil Liberties Union Foundation
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date:     7/19/2019                                        Thelma Nudo
                                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:19-cv-04073-JST

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   U.S. Citizenship and Immigration Services

was received by me on *(date)*        07/19/2019        .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*   A copy of the complaint, summons and standing order was sent via certified mail to U.S.
Citizenship and Immigration Services, Office of the Chief Counsel, 20 Massachussetts Ave
NW, Room 4210, Washington, DC 20529 and was delivered on September 3, 2019.

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:     09/12/2019
_____                                  _____
                                                        *Server's signature*

                                                   Sarah Mujahid, Paralegal
                                                   *Printed name and title*

                                                   ACLU Foundation, Immigrants Rights Project
                                                   39 Drumm Street
                                                   San Francisco, CA 94111
                                                   *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | |
|---|---|
| East Bay Sanctuary Covenant, Al Otro Lado, Innovation Lab Lab, and Central American Resource Center in Los Angeles | ) ) ) ) |
| _Plaintiff(s)_ | ) ) |
| v. | ) Civil Action No.  3:19-cv-04073-JST |
| John Sanders, Commissioner of U.S. Customs and Border Protection, in his official capacity | ) ) ) |
| _Defendant(s)_ | ) ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   John Sanders, Acting Commissioner of CBP
Office of the Chief Counsel
1300 Pennsylvania Ave, NW, Room 4.4B
Washington, DC 20229

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Katrina Eiland
American Civil Liberties Union Foundation
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_
_Susan Y. Soong_

Date:   7/19/2019                                                 Thelma Nudo
                                                        _Signature of Clerk or Deputy Clerk_

AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:19-cv-04073-JST

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Mark Morgan, Acting Commissioner of CBP

was received by me on *(date)*        07/19/2019        .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*   A copy of the complaint, summons and standing order was sent via certified mail to Mark
Morgan, Acting Commissioner of CBP, Office of the Chief Counsel, 1300 Pennsylvania Ave,
NW, Room 4.4B, Washington, DC 20229 and was delivered on September 3, 2019.

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:    09/12/2019

_____
*Server's signature*

Sarah Mujahid, Paralegal
*Printed name and title*

ACLU Foundation, Immigrants Rights Project
39 Drumm Street
San Francisco, CA 94111
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| East Bay Sanctuary Covenant, Al Otro Lado, Innovation Lab Lab, and Central American Resource Center in Los Angeles | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| U.S. Customs and Border Protection | ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.  3:19-cv-04073-JST

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  U.S. Customs and Border Protection
Office of the Chief Counsel
1300 Pennsylvania Ave, NW, Room 4.4B
Washington, DC 20229

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Katrina Eiland
American Civil Liberties Union Foundation
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
*Susan Y. Soong*

Date:  7/19/2019

Thelma Nudo

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:19-cv-04073-JST

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   U.S. Customs and Border Protection

was received by me on *(date)*            07/19/2019        .

□ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

□ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

□ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

□ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  A copy of the complaint, summons and standing order was sent via certified mail to U.S.
Customs and Border Protection, Office of the Chief Counsel, 1300 Pennsylvania Ave, NW,
Room 4.4B, Washington, DC 20229 and was delivered on September 3, 2019.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:      09/12/2019                            _____
                                                          *Server's signature*

                                                    Sarah Mujahid, Paralegal
                                                      *Printed name and title*

                                          ACLU Foundation, Immigrants Rights Project
                                                       39 Drumm Street
                                                   San Francisco, CA 94111
                                                       *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| East Bay Sanctuary Covenant, Al Otro Lado, Innovation Lab Lab, and Central American Resource Center in Los Angeles | ) ) ) ) |
| _Plaintiff(s)_ | ) |
| v. | ) |
| Matthew Albence, Acting Director of Immigration and Customs Enforcement, in his official capacity | ) ) ) |
| _Defendant(s)_ | ) ) |

Civil Action No.   3:19-cv-04073-JST

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   Matthew Albence, Acting Director of ICE
U.S. Immigration and Customs Enforcement
500 12th Street SW, Stop 5902
Washington, DC 20536

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Katrina Eiland
American Civil Liberties Union Foundation
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_
Susan Y. Soong

Date:   7/19/2019

Thelma Nudo
_Signature of Clerk or Deputy Clerk_

AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:19-cv-04073-JST

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Matthew Albence, Acting Director of ICE

was received by me on *(date)*    07/19/2019    .

☐ I personally served the summons on the individual at *(place)*

_____    on *(date)* _____    ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____    , a person of suitable age and discretion who resides there,

on *(date)* _____    , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____    , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____    on *(date)* _____    ; or

☐ I returned the summons unexecuted because _____    ; or

☑ Other *(specify):*  A copy of the complaint, summons and standing order was sent via certified mail to Matthew
Albence, Acting Director of ICE, U.S. Immigration and Customs Enforcement, 500 12th
Street SW, Stop 5902, Washington, DC 20536 and was delivered on September 3, 2019.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:    09/12/2019

_____
Server's signature

Sarah Mujahid, Paralegal
*Printed name and title*

ACLU Foundation, Immigrants Rights Project
39 Drumm Street
San Francisco, CA 94111
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| East Bay Sanctuary Covenant, Al Otro Lado, Innovation Lab Lab, and Central American Resource Center in Los Angeles <br><br> *Plaintiff(s)* <br> v. <br><br> Immigration and Customs Enforcement <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No.   3:19-cv-04073-JST

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   U.S. Immigration and Customs Enforcement
Office of the Principal Legal Advisor
500 12th Street SW
Washington, DC 20536

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Katrina Eiland
American Civil Liberties Union Foundation
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
Susan Y. Soong

Date:   7/19/2019                                    Thelma Nudo

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:19-cv-04073-JST

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   U.S. Immigration and Customs Enforcement

was received by me on *(date)*          07/19/2019          .

    ☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

    ☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

    ☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

    ☐ I returned the summons unexecuted because _____ ; or

    ☑ Other *(specify):*  A copy of the complaint, summons and standing order was sent via certified mail to U.S.
Immigration and Customs Enforcement, Office of the Principal Legal Advisor, 500 12th
Street SW, Washington, DC 20536 and was delivered on September 3, 2019.

My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date:      09/12/2019

                                         *Server's signature*

                            Sarah Mujahid, Paralegal
                               *Printed name and title*

                 ACLU Foundation, Immigrants Rights Project
                        39 Drumm Street
                     San Francisco, CA 94111
                          *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| East Bay Sanctuary Covenant, Al Otro Lado, Innovation Lab Lab, and Central American Resource Center in Los Angeles<br><br>*Plaintiff(s)*<br><br>v.<br><br>William Barr, Attorney General of the United States, et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.   19-cv-04073-JST<br>)<br>)<br>)<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

David L. Anderson, US Attorney for the Northern District of California
450 Golden Gate Avenue, 11th Floor
San Francisco, CA 94102

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Katrina Eiland
American Civil Liberties Union Foundation
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*Susan Y. Soong*

Date:   9/10/2019

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:19-cv-04073-JST

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   David L. Anderson, US Attorney for Northern District of CA

was received by me on *(date)*   09/10/2019   .

☐ I personally served the summons on the individual at *(place)*

_____   on *(date)* _____   ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____   on *(date)* _____   ; or

☐ I returned the summons unexecuted because _____   ; or

☑ Other *(specify):* A copy of the complaint, summons and standing order was hand delivered to the office of David L. Anderson, US Attorney for the Northern District of California, 450 Golden Gate Avenue, 11th Floor San Francisco, CA 94102 and was accepted by Kathy Terry on September 10, 2019.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   09/12/2019 _____

_____
*Server's signature*

Sarah Mujahid, Paralegal
*Printed name and title*

ACLU Foundation, Immigrants Rights Project
39 Drumm Street
San Francisco, CA 94111
*Server's address*

Additional information regarding attempted service, etc: