JOSEPH H. HUNT
*Assistant Attorney General*
SCOTT G. STEWART
*Deputy Assistant Attorney General*
WILLIAM C. PEACHEY
*Director*
EREZ REUVENI
*Assistant Director*
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-4293
Email: Erez.R.Reuveni@usdoj.gov
PATRICK GLEN
*Senior Litigation Counsel*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| East Bay Sanctuary Covenant, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )   Civil Action No. 1:19-cv-04073-JST |
| William Barr, *et al.*, | )<br>) |
| Defendants. | )<br>) |

### NOTICE OF SERVICE

Defendants out of an abundance of caution notify the Court that Plaintiffs perfected service in this case on September 10, 2019.  Having met and conferred, the parties agree that, per Federal Rule of Civil Procedure 12(a)(2), Defendants' answer or other responsive pleading is due 60 days after that date, which is November 12, 2019. In emails dated September 10 and 12, 2019, counsel for Plaintiffs consented to Defendants' filing of this notice and the position taken therein on their behalf.

NOTICE OF SERVICE
*East Bay Sanctuary v. Barr*,
Case No. 1:19-cv-04073-JST

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

SCOTT G. STEWART
Deputy Assistant Attorney General

WILLIAM C. PEACHEY
Director

By: /s/ *Erez Reuveni*
EREZ REUVENI
Assistant Director
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-4293
Email: Erez.R.Reuveni@usdoj.gov

PATRICK GLEN
Senior Litigation Counsel

Dated: September 12, 2019          *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2019, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of for the Northern District of California by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

By: */s/ Erez Reuveni*
EREZ REUVENI
Assistant Director
United States Department of Justice
Civil Division