| | |
|---|---|
| Katrina Eiland (SBN 275701)<br>Cody Wofsy (SBN 294179)<br>Spencer Amdur (SBN 320069)<br>Julie Veroff (SBN 310161)<br>ACLU FOUNDATION<br>IMMIGRANTS' RIGHTS PROJECT<br>39 Drumm Street<br>San Francisco, CA 94111<br>T: (415) 343-0770<br>F: (415) 395-0950<br>*keiland@aclu.org*<br>*cwofsy@aclu.org*<br>*samdur@aclu.org*<br>*jveroff@aclu.org* | Lee Gelernt*<br>Omar C. Jadwat*<br>Anand Balakrishnan*<br>ACLU FOUNDATION<br>IMMIGRANTS' RIGHTS PROJECT<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>T: (212) 549-2660<br>F: (212) 549-2654<br>*lgelernt@aclu.org*<br>*ojadwat@aclu.org*<br>*abalakrishnan@aclu.org*<br><br>*Attorneys for Plaintiffs*<br>*(Additional counsel listed on following page)* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| East Bay Sanctuary Covenant; Al Otro Lado; Innovation Law Lab; and Central American Resource Center in Los Angeles,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>William Barr, Attorney General, in his official capacity; U.S. Department of Justice; James McHenry, Director of the Executive Office for Immigration Review, in his official capacity; the Executive Office for Immigration Review; Kevin McAleenan, Acting Secretary of Homeland Security, in his official capacity; U.S. Department of Homeland Security; Ken Cuccinelli, Acting Director of the U.S. Citizenship and Immigration Services, in his official capacity; U.S. Citizenship and Immigration Services; John Sanders, Commissioner of U.S. Customs and Border Protection, in his official capacity; U.S. Customs and Border Protection; Matthew Albence, Acting Director of Immigration and Customs Enforcement, in his official capacity; Immigration and Customs Enforcement,<br><br>    *Defendants*. | Case No.: 3:19-cv-04073-JST<br><br>**[PROPOSED]** **ORDER REGARDING DEFENDANTS' EMERGENCY STAY MOTION** |

Melissa Crow*  
SOUTHERN POVERTY LAW CENTER  
1101 17th Street, NW Suite 705  
Washington, D.C. 20036  
T: (202) 355-4471  
F: (404) 221-5857  
*melissa.crow@splcenter.org*

Mary Bauer*  
SOUTHERN POVERTY LAW CENTER  
1000 Preston Avenue  
Charlottesville, VA 22903  
T: (470) 606-9307  
F: (404) 221-5857  
*mary.bauer@splcenter.org*

*Attorneys for Plaintiffs*

*Admitted Pro hac vice  
**Pro hac vice application forthcoming

Baher Azmy**  
Angelo Guisado**  
Ghita Schwarz**  
CENTER FOR CONSTITUTIONAL RIGHTS  
666 Broadway, 7th Floor  
New York, NY 10012  
T: (212) 614-6464  
F: (212) 614-6499  
*bazmy@ccrjustice.org*  
*aguisado@ccrjustice.org*  
*gschwarz@ccrjustice.org*

Christine P. Sun (SBN 218701)  
Vasudha Talla (SBN 316219)  
Angélica Salceda (SBN 296152)  
AMERICAN CIVIL LIBERTIES UNION  
FOUNDATION OF NORTHERN  
CALIFORNIA, INC.  
39 Drumm Street  
San Francisco, CA 94111  
T: (415) 621-2493  
F: (415) 255-8437  
*csun@aclunc.org*  
*vtalla@aclunc.org*  
*asalceda@aclunc.org*

| | |
|---|---|
| 1 | In light of the Supreme Court's grant of Defendants' application for stay, *see Barr v. East |
| 2 | Bay Sanctuary Covenant*, No. 19A230 (Docket Entry Sept. 11, 2019), and the Joint Statement |
| 3 | submitted by the parties, the Court ORDERS that Defendants' emergency motion to stay the Court's |
| 4 | preliminary injunction order pending appeal, ECF No. 77, is moot, and that Plaintiffs need not file an |
| 5 | opposition brief. |

Date: September 12, 2019

_____
United States District Judge