| | |
|---|---|
| Katrina Eiland (SBN 275701) | Lee Gelernt* |
| Cody Wofsy (SBN 294179) | Omar C. Jadwat* |
| Spencer Amdur (SBN 320069) | Anand Balakrishnan* |
| Julie Veroff (SBN 310161) | ACLU FOUNDATION |
| ACLU FOUNDATION | IMMIGRANTS' RIGHTS PROJECT |
| IMMIGRANTS' RIGHTS PROJECT | 125 Broad Street, 18th Floor |
| 39 Drumm Street | New York, NY 10004 |
| San Francisco, CA 94111 | T: (212) 549-2660 |
| T: (415) 343-0770 | F: (212) 549-2654 |
| F: (415) 395-0950 | *lgelernt@aclu.org* |
| *keiland@aclu.org* | *ojadwat@aclu.org* |
| *cwofsy@aclu.org* | *abalakrishnan@aclu.org* |
| *samdur@aclu.org* | |
| *jveroff@aclu.org* | *Attorneys for Plaintiffs* |
| | *(Additional counsel listed on following page)* |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| East Bay Sanctuary Covenant; Al Otro Lado; Innovation Law Lab; and Central American Resource Center in Los Angeles,<br><br>*Plaintiffs*,<br><br>v.<br><br>William Barr, Attorney General, in his official capacity; U.S. Department of Justice; James McHenry, Director of the Executive Office for Immigration Review, in his official capacity; the Executive Office for Immigration Review; Kevin McAleenan, Acting Secretary of Homeland Security, in his official capacity; U.S. Department of Homeland Security; Ken Cuccinelli, Acting Director of the U.S. Citizenship and Immigration Services, in his official capacity; U.S. Citizenship and Immigration Services; John Sanders, Commissioner of U.S. Customs and Border Protection, in his official capacity; U.S. Customs and Border Protection; Matthew Albence, Acting Director of Immigration and Customs Enforcement, in his official capacity; Immigration and Customs Enforcement,<br><br>*Defendants*. | Case No.: 3:19-cv-04073-JST<br><br>**NOTICE OF WITHDRAWAL CHRISTINE P. SUN AS COUNSEL** |

Melissa Crow*
SOUTHERN POVERTY LAW CENTER
1101 17th Street, NW Suite 705
Washington, D.C. 20036
T: (202) 355-4471
F: (404) 221-5857
*melissa.crow@splcenter.org*

Mary Bauer*
SOUTHERN POVERTY LAW CENTER
1000 Preston Avenue
Charlottesville, VA  22903
T:  (470) 606-9307
F:  (404) 221-5857
*mary.bauer@splcenter.org*

Baher Azmy**
Angelo Guisado**
Ghita Schwarz**
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
T: (212) 614-6464
F: (212) 614-6499
*bazmy@ccrjustice.org*
*aguisado@ccrjustice.org*
*gschwarz@ccrjustice.org*

Vasudha Talla (SBN 316219)
Angélica Salceda (SBN 296152)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
T: (415) 621-2493
F: (415) 255-8437
*vtalla@aclunc.org*
*asalceda@aclunc.org*

*Attorneys for Plaintiffs*

*\*Admitted Pro hac vice*
*\*\*Pro hac vice application forthcoming*

PLEASE TAKE NOTICE THAT Christine P. Sun is no longer associated with the American Civil Liberties Union Foundation of Northern California, Inc. and is no longer counsel for Plaintiffs in this case.

Please remove the following from your service list:

CHRISTINE P. SUN (SBN 218701)

AMERICAN CIVIL LIBERTIES UNION

FOUNDATION OF NORTHERN CALIFORNIA, INC.

39 Drumm Street

San Francisco, CA 94111

Tel: (415) 621-2493

Fax: (415)255-8437

csun@aclunc.org

The American Civil Liberties Union Foundation of Northern California and the remaining counsel listed in the caption of this document remain as counsel of record for Plaintiffs.

Dated: September 23, 2019                By: */s/ Angélica H. Salceda*

                                         Attorney for Plaintiffs