JOSEPH H. HUNT
*Assistant Attorney General*
SCOTT G. STEWART
*Deputy Assistant Attorney General*
WILLIAM C. PEACHEY
*Director*
EREZ REUVENI
*Assistant Director*
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-4293
Email: Erez.R.Reuveni@usdoj.gov
PATRICK GLEN
*Senior Litigation Counsel*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| East Bay Sanctuary Covenant, *et al.*, | Civil Action No. 3:19-cv-04073-JST |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING MOTION TO STAY** |
| v. | |
| William Barr, *et al.*, | |
| Defendants. | |

Before the Court is the Defendants' motion for a stay proceedings pending resolution of Defendants' appeal. Plaintiffs do not oppose this motion. Having reviewed the motion, IT IS HEREBY ORDERED that the motion is GRANTED, and that this case is STAYED pending resolution of Defendants' appeal.

Dated: October __, 2019

_____
United States District Judge

PROPOSED ORDER
*East Bay Sanctuary v. Barr*,
Case No. 1:19-cv-04073-JST