JOSEPH H. HUNT
*Assistant Attorney General*
SCOTT G. STEWART
*Deputy Assistant Attorney General*
WILLIAM C. PEACHEY
*Director*
EREZ REUVENI
*Assistant Director*
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-4293
Email: Erez.R.Reuveni@usdoj.gov
PATRICK GLEN
*Senior Litigation Counsel*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| East Bay Sanctuary Covenant, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>William Barr, *et al.*,<br><br>    Defendants. | Civil Action No. 1:19-cv-04073-JST |

## JOINT STIPULATION ON SCHEDULING

The parties, having met and conferred, hereby jointly stipulate and agree as follows:

1. The government's deadline to file a motion to dismiss or otherwise answer the Complaint is currently due November 12, 2019.

2. However, pending before the Court is the government motion to stay proceedings pending appeal, filed October 25, 2019 (ECF No. 87). Plaintiffs have taken no position on that motion.

3.  Because the motion remains pending, the parties agree that Defendants' deadline to file a motion to dismiss or other responsive pleading should be extended to thirty (30) days from the date the court issues its ruling on the motion to stay, should the court decline to enter the stay.

For the reasons stated, the parties hereby STIPULATE and AGREE that Defendants' deadline for filing any motion to dismiss or responsive pleading shall be extended to 30 days from the date the court rules on the government's motion to stay, in the event the court denies that motion, and otherwise, shall be stayed along with the case should the court grant that motion.

Dated: November __, 2019

_____
United States District Judge

Respectfully submitted,

By: /s/ *Erez Reuveni*
EREZ REUVENI
Assistant Director
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-4293
Email: Erez.R.Reuveni@usdoj.gov

Dated: November 7, 2019                 *Attorney for Defendants*

By: /s/ Lee Gelernt (w/ permission)
Lee Gelernt
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 549-2616
F: (212) 549-2654
lgelernt@aclu.org

*Attorney for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 7, 2019, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of for the Northern District of California by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

By: */s/ Erez Reuveni*
    EREZ REUVENI
    Assistant Director
    United States Department of Justice
    Civil Division
