Katrina Eiland (SBN 275701)
Cody Wofsy (SBN 294179)
Spencer Amdur (SBN 320069)
Julie Veroff (SBN 310161)
ACLU FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
T: (415) 343-0770
F: (415) 395-0950
keiland@aclu.org
cwofsy@aclu.org
samdur@aclu.org
jveroff@aclu.org

Lee Gelernt*
Omar C. Jadwat*
Anand Balakrishnan*
ACLU FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 549-2660
F: (212) 549-2654
lgelernt@aclu.org
ojadwat@aclu.org
abalakrishnan@aclu.org

*Attorneys for Plaintiffs*
*(Additional counsel listed on following page)*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| East Bay Sanctuary Covenant, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 1:19-cv-04073-JST |
| ) | |
| William Barr, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## <u>NOTICE OF CHANGE OF COUNSEL</u>

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, Mary Bauer is no longer associated with the Southern Poverty Law Center and hereby withdraws as counsel of record for Plaintiffs in the above titled action pursuant to Local Rule 5-1(c)(2)(C).

Please remove the below from your service listing:

Mary C. Bauer
SOUTHERN POVERTY LAW CENTER
1000 Preston Avenue
Charlottesville, VA 22903
Tel: (415) 621-2493
Fax: (415) 225-8437
mary.bauer@splcenter.org

The Southern Poverty Law Center and the counsel listed below and in the caption of this document will remain as counsel of record for Plaintiffs.

Dated:  November 15, 2019

Respectfully submitted,

By: /s/ *Melissa Crow*
    Melissa Crow*
    SOUTHERN POVERTY LAW CENTER
    1101 17th Street, NW Suite 705
    Washington, D.C. 20036
    T: (202) 355-4471
    F: (404) 221-5857
    *melissa.crow@splcenter.org*

Baher Azmy**
Angelo Guisado**
Ghita Schwarz**
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th
Floor New York, NY 10012

T: (212) 614-6464
F: (212) 614-6499
*bazmy@ccrjustice.org*
*aguisado@ccrjustice.org*
*gschwarz@ccrjustice.org*

Vasudha Talla (SBN 316219)
Angélica Salceda (SBN 296152)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111

T: (415) 621-2493
F: (415) 255-8437
*vtalla@aclunc.org*
*asalceda@aclunc.org*

*Attorneys for Plaintiffs*

*Admitted pro hac vice
**Pro hac vice application forthcoming

NOTICE OF CHANGE OF COUNSEL
 *East Bay Sanctuary v. Barr*
Case No. 1:19-cv-04073-JST

**CERTIFICATE OF SERVICE**

I hereby certify that on November 15, 2019, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of for the Northern District of California by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

By: */s/ Melissa Crow*
Melissa Crow*
SOUTHERN POVERTY LAW CENTER
1101 17th Street, NW Suite 705
Washington, D.C. 20036
T: (202) 355-4471
F: (404) 221-5857
*melissa.crow@splcenter.org*

NOTICE OF CHANGE OF COUNSEL
*East Bay Sanctuary v. Barr*
Case No. 1:19-cv-04073-JST