| | |
|---|---|
| Adam Siegler (SBN 116233)<br>**GREENBERG TRAURIG LLP**<br>1840 Century Park East<br>Suite 1900<br>Los Angeles, CA 90067<br>Telephone: (310) 586-7700<br>Facsimile: (310) 586-7800<br>Email:sieglera@gtlaw.com | Caroline J. Heller*<br>**GREENBERG TRAURIG LLP**<br>200 Park Ave<br>New York, NY 10166<br>Telephone: (212) 801-9200<br>Facsimile: (212) 801-6400<br>Email: hellerc@gtlaw.com |
| Jonathan K. Ogata (SBN 325914)<br>**GREENBERG TRAURIG, LLP**<br>1201 K Street, Suite 1100<br>Sacramento, CA<br>Telephone: (916) 442-1111<br>Email:ogataj@gtlaw.com | Gregory P. Copeland*<br>Sarah T. Gillman*<br>**RAPID DEFENSE NETWORK**<br>11 Broadway, Suite 615<br>New York, NY 10004-1490<br>Telephone: (212) 843-0910<br>Facsimile: (212) 257-7033<br>Email: gregory@defensenetwork.org<br>Email: sarah@defensenetwork.org |
| Steven G. Barringer*<br>**GREENBERG TRAURIG, LLP**<br>2101 L Street, NW, Suite 1000<br>Washington, DC 20037<br>Telephone: (202) 331-3108<br>Facsimile: (202) 261-0114<br>Email: barringers@gtlaw.com | |

* *Pro Hac Vice Forthcoming*

Attorneys for Proposed Plaintiff-Intervenors

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EAST BAY SANCTUARY COVENANT, et al.,<br><br>         Plaintiffs,<br><br>    vs.<br><br>WILLIAM BARR, et al.,<br><br>         Defendants. | Case No. 4:19-cv-04073-JST<br><br>[Judge: Hon. Jon S. Tigar]<br><br>**[PROPOSED] ORDER GRANTING PROPOSED INTERVENORS' MOTION FOR LEAVE TO INTERVENE AND EMERGENCY MOTION FOR INJUNCTIVE RELIEF PENDING DISPOSITION OF MOTION TO INTERVENE**<br><br>Date Action Filed: July 16, 2019 |

1

[PROPOSED] ORDER GRANTING PROPOSED INTERVENORS' MOTION FOR LEAVE TO INTERVENE AND FOR INJUNCTIVE RELIEF PENDING DISPOSITION OF MOTION TO INTERVENE

# [PROPOSED] ORDER GRANTING MOTION FOR A TEMPORARY RESTRAINING ORDER

Plaintiff-Intervenors' Motion for a Temporary Restraining order came on for hearing before Judge Tigar in the above-captioned courthouse on _____, 2020 at _____.

After full consideration of the evidence and points and authorities submitted by Proposed Plaintiff-Intervenors, the Court:

IT IS THEREFORE ORDERED:

(a) **GRANTS** Proposed Plaintiff-Intervenors' Motion for a Temporary Restraining Order; and

(b) Defendants are enjoined from taking any action to remove Proposed Plaintiff-Intervenors from the United States until further order of the Court.

IT IS FURTHER ORDERED that:

UPON CONSIDERATION of Plaintiff-Intervenors' Motion, the Memorandum of Points and Authorities, the supporting declarations and exhibits, the papers and pleading on file in this matter and for good cause shown:

The Court hereby sets the hearing for Plaintiff's Motion for Injunctive Relief on _____, 2020, at _____ a.m./p.m. in Courtroom _____ at the Ronald V. Dellums Federal Building and United States Courthouse, 1301 Clay Street, Courtroom 6, Oakland, California, 94612.

Further the Court hereby sets the following briefing schedule relating to Plaintiff-Intervenors' Motion:

a. Defendant shall file and serve opposition papers, if any, no later than _____, 2020; and

b. Plaintiff shall file and service its reply brief, if any, no later than _____, 2020.

In addition, to ensure Defendant receives timely notice of the hearing, Plaintiff may, in addition to the requirements set forth in Rules 4 and 5 of the Federal Rules of Civil Procedure, serve this Order on Defendant by electronic mail transmission.

IT IS SO ORDERED:

Dated: _____              _____
                                            Honorable Jon S. Tigar
                                            United States District Court Judge

**[PROPOSED] ORDER GRANTING MOTION TO INTERVENE**

Plaintiff-Intervenors' Motion for Leave to Intervene came on for hearing before Judge Tigar in the above-captioned courthouse on _____, 2020 at _____.

After full consideration of the evidence and points and authorities submitted by Proposed Plaintiff-Intervenors, the Court **GRANTS** Proposed Plaintiff-Intervenors' Motion to Intervene.

IT IS SO ORDERED:

Dated: _____    _____
                                 Honorable Jon S. Tigar
                                 United States District Court Judge