Adam Siegler (SBN 116233)
**GREENBERG TRAURIG LLP**
1840 Century Park East
Suite 1900
Los Angeles, CA 90067
Telephone: (310) 586-7700
Facsimile: (310) 586-7800
Email:sieglera@gtlaw.com

Jonathan K. Ogata (SBN 325914)
**GREENBERG TRAURIG, LLP**
1201 K Street, Suite 1100
Sacramento, CA
Telephone: (916) 442-1111
Email:ogataj@gtlaw.com

Steven G. Barringer*
**GREENBERG TRAURIG, LLP**
2101 L Street, NW, Suite 1000
Washington, DC 20037
Telephone: (202) 331-3108
Facsimile: (202) 261-0114
Email: barringers@gtlaw.com

Caroline J. Heller*
**GREENBERG TRAURIG LLP**
200 Park Ave
New York, NY 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Email: hellerc@gtlaw.com

Gregory P. Copeland*
Sarah T. Gillman*
**RAPID DEFENSE NETWORK**
11 Broadway, Suite 615
New York, NY 10004-1490
Telephone: (212) 843-0910
Facsimile: (212) 257-7033
Email: gregory@defensenetwork.org
Email: sarah@defensenetwork.org

* *Pro Hac Vice Forthcoming*

Attorneys for Proposed Plaintiff-Intervenors

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EAST BAY SANCTUARY COVENANT, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>WILLIAM BARR, et al.,<br><br>Defendants. | Case No. 4:19-cv-04073-JST<br><br>[Judge: Hon. Jon S. Tigar]<br><br>**[PROPOSED] ORDER GRANTING PROPOSED INTERVENORS' MOTION FOR ADMINISTRATIVE STAY PENDING DISPOSITION OF MOTION TO INTERVENE AND MOTION FOR A TEMPORARY RESTRAINING ORDER**<br><br>Date Action Filed: July 16, 2019 |

# [PROPOSED] ORDER GRANTING MOTION FOR A TEMPORARY RESTRAINING ORDER

Plaintiff-Intervenors' Motion for an Administrative Stay came on for hearing before Judge Tigar in the above-captioned courthouse on _____, 2020 at _____.

After full consideration of the evidence and points and authorities submitted by Proposed Plaintiff-Intervenors, the Court:

IT IS THEREFORE ORDERED:

(a) **GRANTS** Proposed Plaintiff-Intervenors' Motion for an Administrative Stay; and

(b) Defendants are enjoined from taking any action to remove Proposed Plaintiff-Intervenors from the United States until further order of the Court.

IT IS SO ORDERED:

Dated: _____    _____
Honorable Jon S. Tigar
United States District Court Judge