Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

East Bay Sanctuary Covenant, et al.,

Plaintiff(s),

v.

William Barr, et al.

Defendant(s).

Case No: 19 cv 4073 JST

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Gregory P. Copeland, an active member in good standing of the bar of Southern Dist. of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff-Intervenors J.S.M., et al. in the above-entitled action. My local co-counsel in this case is Jonathan K. Ogata, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Rapid Defense Network, 11 Broadway, Suite 615, New York, NY 10004 | Greenberg Traurig, LLP, 1201 K Street, Suite 1100 Sacramento, CA 95814 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| 212 843 0910 | 916 868 0668 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| gregory@defensenetwork.org | ogataj@gtlaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: GC1981.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 10/19/2020

Gregory P. Copeland
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Gregory P. Copeland is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                                   October 2012

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Ruby J. Krajick*, Clerk of Court, Certify that

__GREGORY   PAUL   COPELAND__, Bar # __GC1981__

was duly admitted to practice in the Court on

__September 27, 2016__

and is in good standing as a member of the Bar of this Court

Dated at   500 Pearl St.   On   __January 10, 2020__
New York, New York

By   Deputy Clerk

Ruby J. Krajick
Clerk of Court