Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

East Bay Sanctuary Covenant, et al.

Plaintiff(s),

v.

William Barr, et al.

Defendant(s).

Case No: 4:19-cv-04073

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Caroline J. Heller, an active member in good standing of the bar of District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Proposed Plaintiff-Intervenors in the above-entitled action. My local co-counsel in this case is Adam Sielger, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Greenberg Traurig, LLP, 200 Park Ave New York, NY 10166 | Greenberg Traurig, LLP, 1840 Century Park East, Suite 1900, Los Angeles, CA 90067 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (212) 801-9200 | (310) 586-7700 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| hellerc@gtlaw.com | sieglera@gtlaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 475522.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 10/19/20

*[signature]*
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: October 21, 2020

*[signature]*
UNITED STATES DISTRICT/MAGISTRATE JUDGE