Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*East Bay Sanctuary Covenant, et al.,*                )
                                                                              )   Case No: 19 cv 4073 JST
                          Plaintiff(s),                                  )
                                                                              )   **APPLICATION FOR**
    v.                                                                      )   **ADMISSION OF ATTORNEY**
                                                                              )   **PRO HAC VICE**
*William Barr, et al.*                                            )   (CIVIL LOCAL RULE 11-3)
                                                                              )
                          Defendant(s).                             )

I, Sarah T. Gillman, an active member in good standing of the bar of New York State, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff-Intervenors J.S.M., et al. in the above-entitled action. My local co-counsel in this case is Jonathan K. Ogata, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Rapid Defense Network, 11 Broadway, Suite 615, New York, NY 10004 | Greenberg Traurig, LLP<br>1201 K Street, Suite 1100 \| Sacramento, CA 95814 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| 212 843 0910 | 916 868 0668 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| sarah@defensenetwork.org | ogataj@gtlaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 3986197.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 10/19/2020                                                          Sarah T. Gillman
                                                                                               APPLICANT

### ORDER GRANTING APPLICATION
### FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Sarah T. Gillman is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: October 22, 2020

UNITED STATES DISTRICT/MAGISTRATE JUDGE