# Exhibit 1

| Pseudonym | Date/Time of Apprehension | Date/Time of Entry | Arrest Latitude | Arrest Longitude |
|---|---|---|---|---|
| R.S.J. | 2/12/2020 18:05 | 2/12/2020 18:00 | 32.53705 | -117.0993 |
| M.P.O | 10/3/2019 12:10 | 10/3/2019 12:07 | 31.333917 | -110.96587 |
| B.H.I. | 10/5/2019 21:15 | 10/5/2019 21:00 | 31.91703 | -112.93893 |
| C.H.G. | 9/26/2019 6:10 | 9/26/2019 5:30 | 31.45202 | -111.41118 |
| I.C.A. | 10/1/2019 7:10 | 10/1/2019 5:00 | 31.46498 | -111.41592 |
| O.T.G. | 10/3/2019 9:15 | 10/3/2019 9:00 | 31.43498 | -111.3577 |
| L.M.P. | 10/5/2019 1:50 | 10/5/2019 1:00 | 31.48387 | -111.54523 |
| E.V.M. | 9/29/2019 6:30 | 9/29/2019 5:30 | 31.45393 | -111.43735 |
| E.G. | 9/29/2019 17:27 | 9/29/2019 17:25 | 31.7481 | -106.48853 |
| I.H.L. | 9/23/2019 13:40 | 9/23/2019 13:30 | 31.75929 | -106.46809 |
| T.R.M. | 9/7/2019 19:30 | 9/7/2019 19:00 | 26.24888 | -98.57332 |
| N.P | 8/16/2019 2:30 | 8/16/2019 1:30 | 26.24932 | -98.55934 |
| L.H.H. | 8/25/2019 1:30 | 8/25/2019 0:30 | 26.13391 | -98.31435 |
| B.C.A. | 9/7/2019 21:40 | 9/7/2019 21:00 | 26.24827 | -98.57343 |
| M.M.V. | 8/22/2019 21:00 | 8/22/2019 20:30 | 26.2411 | -98.56399 |
| S.L.V. | 8/22/2019 21:00 | 8/22/2019 20:30 | 26.2411 | -98.56399 |
| Y.U. | 8/23/2019 4:15 | 8/23/2019 3:00 | 26.23808 | -98.57959 |
| J.S.M. | 8/21/2019 16:30 | 8/21/2019 16:00 | 26.24932 | -98.55934 |
| M.M.B. | 8/21/2019 23:15 | 8/21/2019 22:00 | 26.3474 | -98.31425 |
| M.A.A. | 8/29/2019 3:30 | 8/29/2019 1:00 | 26.24949 | -98.5599 |
| M.H. | 8/29/2019 19:30 | 8/29/2019 18:30 | 26.23677 | -98.58011 |
| R.P.F. | 8/26/2019 3:20 | 8/26/2019 2:00 | 26.42303 | -99.03535 |
| M.C.M. | 8/26/2019 2:45 | 8/26/2019 2:20 | 26.42303 | -99.03535 |
| Y.O.T. | 8/21/2019 2:00 | 8/21/2019 1:50 | 26.36802 | -98.79583 |
| I.F.L. | 8/24/2019 21:15 | 8/24/2019 21:00 | 26.23677 | -98.58011 |
| A.O.V. | 8/25/2019 6:30 | 8/25/2019 5:00 | 26.09912 | -98.27597 |
| A.L.V. | 8/28/2019 2:20 | 8/28/2019 1:50 | 26.4059 | -99.0161 |
| A.B.C. | 8/29/2019 7:00 | 8/29/2019 1:00 | 26.13461 | -98.31402 |
| M.G.V. | 8/25/2019 0:00 | 8/24/2019 22:30 | 26.13425 | -98.3134 |
| M.R.A. | 8/28/2019 0:30 | 8/27/2019 23:30 | 26.24949 | -98.5599 |
| Y.V.O. | 9/11/2019 20:10 | 9/11/2019 20:00 | 26.41484 | -99.02243 |
| M.C.P. | 9/12/2019 20:52 | 9/12/2019 20:50 | 26.09588 | -98.27122 |
| S.L.R. | 9/13/2019 5:20 | 9/13/2019 4:00 | 26.42344 | -99.03711 |
| L.G.G. | 8/27/2019 3:00 | 8/27/2019 2:45 | 26.40506 | -99.01792 |
| M.L.M. | 9/7/2019 22:30 | 9/7/2019 22:00 | 26.24827 | -98.37343 |
| T.S.J. | 9/30/2019 0:05 | 9/29/2019 22:30 | 26.1346 | -98.31408 |
| M.T.T. | 9/28/2019 20:00 | 9/28/2019 19:50 | 26.24083 | -98.56176 |
| M.Z.L. | 9/21/2019 18:45 | 9/21/2019 18:20 | 26.41303 | -99.0239 |
| L.M.B. | 9/26/2019 22:40 | 9/26/2019 21:00 | 26.13495 | -98.31412 |
| R.C.H. | 9/28/2019 12:15 | 9/28/2019 11:11 | 26.09713 | -98.27239 |
| S.J.A. | 9/28/2019 13:45 | 9/28/2019 13:30 | 26.11771 | -98.27905 |
| B.G.C. | 10/1/2019 20:35 | 10/1/2019 20:25 | 26.39827 | -99.00322 |

| | | | | |
|---|---|---|---|---|
| N.V. | 1/20/2020 8:00 | 1/20/2020 7:45 | 29.31762 | -100.90703 |
| C.C.G. | 9/8/2019 20:30 | 9/8/2019 20:00 | 26.23664 | -98.58003 |
| K.P.P. | 9/8/2019 20:30 | 9/8/2019 20:00 | 26.23664 | -98.58003 |
| K.N.E. | 9/8/2019 22:45 | 9/8/2019 22:30 | 26.10172 | -98.2725 |
| D.P.R. | 9/9/2019 0:40 | 9/9/2019 0:30 | 26.40514 | -99.01793 |
| R.L.A. | 9/9/2019 9:00 | 9/9/2019 8:45 | 26.4131 | -99.0236 |
| M.T.B. | 2/27/2020 7:15 | 2/27/2020 6:03 | 32.58112 | -116.57024 |
| I.F. | 1/14/2020 12:30 | 1/14/2020 12:00 | 31.89605 | -112.86983 |
| M.V.P.A. | 2/26/2020 17:30 | 2/26/2020 17:15 | 31.72918 | -112.32736 |
| M.P.T. | 3/8/2020 0:15 | 3/7/2020 22:00 | 26.14844 | -98.31963 |
| J.H.R. | 3/10/2020 23:00 | 3/10/2020 22:00 | 26.25962 | -98.5738 |
| I.C.T. | 3/19/2020 21:02 | 3/19/2020 20:56 | 31.71566 | -106.37329 |

| Pseudonym | Date/Time of Apprehension | Date/Time of Entry | Arrest Latitude | Arrest Longitude |
|---|---|---|---|---|
| S.A. | 2/12/2020 18:05 | 2/12/2020 18:00 | 32.53705 | -117.0993 |
| G.G.L. | 10/3/2019 12:10 | 10/3/2019 12:07 | 31.332917 | -110.96587 |
| D.M.H. | 10/5/2019 21:15 | 10/5/2019 21:00 | 31.91703 | -112.93893 |
| M.G.H. | 9/26/2019 6:10 | 9/26/2019 5:30 | 31.45202 | -111.41118 |
| S.P.C. | 10/1/2019 7:10 | 10/1/2019 5:00 | 31.46498 | -111.41592 |
| T.T.G. | 10/3/2019 9:15 | 10/3/2019 9:00 | 31.43498 | -111.3577 |
| Y.M.M. | 10/5/2019 1:50 | 10/5/2019 1:00 | 31.48387 | -111.54523 |
| A.V.M. | 9/29/2019 6:30 | 9/29/2019 5:30 | 31.45393 | -111.43735 |
| J.G.M. | 9/29/2019 17:27 | 9/29/2019 17:25 | 31.7481 | -106.48853 |
| S.R.H. | 9/23/2019 13:40 | 9/23/2019 13:30 | 31.75929 | -106.46809 |
| J.R.R. | 9/7/2019 19:30 | 9/7/2019 19:00 | 26.24888 | -98.57332 |
| R.D.P. | 8/16/2019 2:30 | 8/16/2019 1:30 | 26.24932 | -98.55934 |
| Y.F.H. | 8/25/2019 1:30 | 8/25/2019 0:30 | 26.13391 | -98.31435 |
| G.S.C. | 9/7/2019 21:40 | 9/7/2019 21:00 | 26.24827 | -98.57343 |
| A.A.M. | 8/22/2019 21:00 | 8/22/2019 20:30 | 26.2411 | -98.56399 |
| M.F.L. | 8/22/2019 21:00 | 8/22/2019 20:30 | 26.2411 | -98.56399 |
| F.G.U. | 8/23/2019 4:15 | 8/23/2019 3:00 | 26.23808 | -98.57959 |
| D.M.S. | 8/21/2019 16:30 | 8/21/2019 16:00 | 26.24932 | -98.55934 |
| N.M.M. | 8/21/2019 23:15 | 8/21/2019 22:00 | 26.3474 | -98.31425 |
| A.R.A. | 8/29/2019 3:30 | 8/29/2019 1:00 | 26.24949 | -98.5599 |
| J.M.H. | 8/29/2019 19:30 | 8/29/2019 18:30 | 26.23677 | -98.58011 |
| J.F.P. | 8/26/2019 3:20 | 8/26/2019 2:00 | 26.42303 | -99.03535 |
| S.M.C. | 8/26/2019 2:45 | 8/26/2019 2:20 | 26.42303 | -99.03535 |
| V.L.O. | 8/21/2019 2:00 | 8/21/2019 1:50 | 26.36802 | -98.79583 |
| R.F.L. | 8/24/2019 21:15 | 8/24/2019 21:00 | 26.23677 | -98.58011 |
| J.S.O. | 8/25/2019 6:30 | 8/25/2019 5:00 | 26.09912 | -98.27597 |
| I.G.L. | 8/28/2019 2:20 | 8/28/2019 1:50 | 26.4059 | -99.0161 |
| E.C.B. | 8/29/2019 7:00 | 8/29/2019 1:00 | 26.13461 | -98.31402 |
| A.R.G. | 8/25/2019 0:00 | 8/24/2019 22:30 | 26.13425 | -98.3134 |
| L.C.R. | 8/28/2019 0:30 | 8/27/2019 23:30 | 26.24949 | -98.5599 |
| E.P.V. | 9/11/2019 20:10 | 9/11/2019 20:00 | 26.41484 | -99.02243 |
| J.C.P. | 9/12/2019 20:52 | 9/12/2019 20:50 | 26.09588 | -98.27122 |
| A.V.L. | 9/13/2019 5:20 | 9/13/2019 4:00 | 26.42344 | -99.03711 |
| W.C.G. | 8/27/2019 3:00 | 8/27/2019 2:45 | 26.40506 | -99.01792 |
| J.R.L. | 9/7/2019 22:30 | 9/7/2019 22:00 | 26.24827 | -98.37343 |
| L.P.S. | 9/30/2019 0:05 | 9/29/2019 22:30 | 26.1346 | -98.31408 |
| Y.L.T. | 9/28/2019 20:00 | 9/28/2019 19:50 | 26.24083 | -98.56176 |
| F.A.Z. | 9/21/2019 18:45 | 9/21/2019 18:20 | 26.41303 | -99.0239 |
| Z.R.M. | 9/26/2019 22:40 | 9/26/2019 21:00 | 26.13495 | -98.31412 |
| E.P.C. | 9/28/2019 12:15 | 9/28/2019 11:11 | 26.09713 | -98.27239 |
| W.A.A. | 9/28/2019 13:45 | 9/28/2019 13:30 | 26.11771 | -98.27905 |
| S.M.G. | 10/1/2019 20:35 | 10/1/2019 20:25 | 26.39827 | -99.00322 |
| Z.F. | 1/20/2020 8:00 | 1/20/2020 7:45 | 29.31762 | -100.90703 |

| | | | | |
|---|---|---|---|---|
| E.C.G. | 9/8/2019 20:30 | 9/8/2019 20:00 | 26.23664 | -98.58003 |
| M.P.P. | 9/8/2019 20:30 | 9/8/2019 20:00 | 26.23664 | -98.58003 |
| E.A.N. | 9/8/2019 22:45 | 9/8/2019 22:30 | 26.10172 | -98.2725 |
| S.B.P. | 9/9/2019 0:40 | 9/9/2019 0:30 | 26.40514 | -99.01793 |
| N.C.L. | 9/9/2019 9:00 | 9/9/2019 8:45 | 26.4131 | -99.0236 |
| A.V.B. | 2/27/2020 7:15 | 2/27/2020 6:03 | 32.58112 | -116.57024 |
| Z.G.M.F. | 1/14/2020 12:30 | 1/14/2020 12:00 | 31.89605 | -112.86983 |
| G.S.P. | 2/26/2020 17:30 | 2/26/2020 17:15 | 31.72918 | -112.32736 |
| A.A.P. | 3/8/2020 0:15 | 3/7/2020 22:00 | 26.14844 | -98.31963 |
| A.M.H. | 3/10/2020 23:00 | 3/10/2020 22:00 | 26.25962 | -98.5738 |
| V.T.P. | 3/19/2020 21:02 | 3/19/2020 20:56 | 31.71566 | -106.37329 |

| Pseudonym | Date/Time of Apprehension | Date/Time of Entry | Arrest Latitude | Arrest Longitude |
|---|---|---|---|---|
| | | | | |
| L.P.M. | 10/5/2019 1:50:00 AM | 10/5/2019 1:00:00 AM | 31.48387 | -111.54523 |
| | | | | |
| C.A.A. | 8/29/2019 3:30:00 AM | 8/29/2019 1:00:00 AM | 26.24949 | -98.5599 |
| D.L.O. | 8/21/2019 2:00:00 AM | 8/21/2019 1:50:00 AM | 26.36802 | -98.79583 |
| A.G.L. | 8/28/2019 2:20:00 AM | 8/28/2019 1:50:00 AM | 26.4059 | -99.0161 |
| M.R.C. | 9/12/2019 8:52:00 PM | 9/12/2019 8:50:00 PM | 26.09588 | -98.27122 |
| G.S.J. | 9/30/2019 12:05:00 AM | 9/29/2019 10:30:00 PM | 26.1346 | -98.31408 |
| E.R.M. | 9/26/2019 10:40:00 PM | 9/26/2019 9:00:00 PM | 26.13495 | -98.31412 |

|        |                      |                      |          |           |
|--------|----------------------|----------------------|----------|-----------|
| I.P.P. | 9/8/2019 8:30:00 PM  | 9/8/2019 8:00:00 PM  | 26.23664 | -98.58003 |
|        |                      |                      |          |           |
|        |                      |                      |          |           |
|        |                      |                      |          |           |
| W.A.B. | 2/27/2020 7:15:00 AM | 2/27/2020 6:03:00 AM | 32.58112 | -116.57024 |
| E.A.G.F. | 1/14/2020 12:30:00 PM | 1/14/2020 12:00:00 PM | 31.89605 | -112.86983 |
|        |                      |                      |          |           |
| H.A.P. | 3/8/2020 12:15:00 AM | 3/7/2020 10:00:00 PM | 26.14844 | -98.31963 |
|        |                      |                      |          |           |
|        |                      |                      |          |           |

| Pseudonym | Date/Time of Apprehension | Date/Time of Entry | Arrest Latitude | Arrest Longitude |
|---|---|---|---|---|
| | | | | |
| J.N.M.F. | 1/14/2020 12:30 | 1/14/2020 12:00 | 31.89605 | -112.86983 |
| | | | | |

| Pseudonym | Date/Time of Apprehension | Date/Time of Entry | Arrest Latitude | Arrest Longitude |
|---|---|---|---|---|
| B.L. | 3/11/2020 7:20 | 3/11/2020 7:07 | 32.585 | -116.5305 |
| P.M. | 3/11/2020 7:20 | 3/11/2020 7:07 | 32.585 | -116.5305 |
| F.F.A. | 2/18/2020 10:14 | 2/18/2020 10:10 | 28.69855 | -100.50931 |

| Pseudonym | Date/Time of Apprehension | Date/Time of Entry | Arrest Latitude | Arrest Longitude |
|---|---|---|---|---|
| C.N. | 3/11/2020 7:20 | 3/11/2020 7:07 | 32.585 | -116.5305 |
| M.N. | 3/11/2020 7:20 | 3/11/2020 7:07 | 32.585 | -116.5305 |
| D.A.B. | 2/18/2020 10:14 | 2/18/2020 10:10 | 28.69855 | -100.50931 |

| Pseudonym | Date/Time of Apprehension | Date/Time of Entry | Arrest Latitude | Arrest Longitude |
|---|---|---|---|---|
| B.L.N. | 3/11/2020 7:20 | 3/11/2020 7:07 | 32.585 | -116.5305 |
| H.M.N | 3/11/2020 7:20 | 3/11/2020 7:07 | 32.585 | -116.5305 |
| A.A.B. | 2/18/2020 10:14 | 2/18/2020 10:10 | 28.69855 | -100.50931 |