Adam Siegler (SBN 116233)
**GREENBERG TRAURIG LLP**
1840 Century Park East
Suite 1900
Los Angeles, CA 90067
Telephone: (310) 586-7700
Facsimile: (310) 586-7800
Email: sieglera@gtlaw.com

Jonathan K. Ogata (SBN 325914)
**GREENBERG TRAURIG, LLP**
1201 K Street, Suite 1100
Sacramento, CA
Telephone: (916) 442-1111
Email: ogataj@gtlaw.com

Steven G. Barringer (appearance *pro hac vice*)
**GREENBERG TRAURIG, LLP**
2101 L Street, NW, Suite 1000
Washington, DC 20037
Telephone: (202) 331-3108
Facsimile: (202) 261-0114
Email: barringers@gtlaw.com

Caroline J. Heller (appearance *pro hac vice*)
**GREENBERG TRAURIG LLP**
200 Park Ave
New York, NY 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Email: hellerc@gtlaw.com

Gregory P. Copeland (appearance *pro hac vice*)
Sarah T. Gillman (appearance *pro hac vice*)
**RAPID DEFENSE NETWORK**
11 Broadway, Suite 615
New York, NY 10004-1490
Telephone: (212) 843-0910
Facsimile: (212) 257-7033
Email: gregory@defensenetwork.org
Email: sarah@defensenetwork.org

*Attorneys for Proposed Plaintiff-Intervenors*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EAST BAY SANCTUARY COVENANT, et al., <br><br> Plaintiffs, <br><br> vs. <br><br><br> WILLIAM BARR, et al., <br><br> Defendants. | Case No. 4:19-cv-04073-JST <br><br> [Judge: Hon. Jon S. Tigar] <br><br> **DECLARATION OF CAROLINE HELLER** <br><br> Date Action Filed: July 16, 2019 |

1

# **DECLARATION OF CAROLINE HELLER**

I, Caroline J. Heller declare, under penalty of perjury pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. I am an attorney at law and am of counsel with the law firm Greenberg Traurig, LLP ("GT"), counsel of record for Proposed Plaintiff-Intervenors, in the above-captioned matter. I make this declaration in support of Proposed Plaintiff-Intervenors' Reply in Further Support of their Motion for a Preliminary Injunction ("Motion"). Except where indicated on information and belief, the matters set forth herein are based upon my personal knowledge, and if called as a witness in this matter, I could and would testify competently thereto; as to the matters stated upon information and belief, I believe them to be true.

2. Attached hereto as Exhibit 5 is a true and correct copy of Defendant's Memorandum of Law in Opposition to Plaintiff's Cross Motion for Summary Judgment dated April 15, 2015 filed in *Washington Alliance of Technology Workers v. United States Department of Homeland Security*, Civil Action No. 14–529 (ESH) (D.D.C.)

3. Attached hereto as Exhibit 6 is a true and correct copy of Defendants' Response to Rule 28(j) Letter dated July 17, 2020 filed in *M.M.V. v. Barr* (D.C. Cir.), Nos. 20-5106 and 20-5129.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 26, 2020 in New York, New York.

                                                   */s/Caroline Heller*
                                                   Caroline Heller