JEFFREY BOSSERT CLARK
*Assistant Attorney General*
WILLIAM C. PEACHEY
*Director*
EREZ REUVENI
*Assistant Director*
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-4293
Email: Erez.R.Reuveni@usdoj.gov

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| East Bay Sanctuary Covenant, *et al.*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>Donald J. Trump, President of the United States, *et al.*,<br><br>　　　　Defendants. | Civil Action No. 4:19-cv-04073-JST |

## NOTICE TO THE COURT

Defendants, by and through undersigned counsel, hereby notify the Court that they consent to a one-week extension of the TRO, up to and through November 6, 2020, as requested by the Court during oral argument in this case this morning to allow sufficient time for issuance of a decision in this matter. This representation is without waiver to Defendants' jurisdictional and other threshold arguments concerning the Court's authority to allow intervention or issue an injunction in this case. *See* Dkt. 110 at 9-12, 16-24.

//

//

Respectfully submitted,

        JEFFREY BOSSERT CLARK
        Acting Assistant Attorney General

        WILLIAM C. PEACHEY
        Director

By: /s/ *Erez Reuveni*
    EREZ REUVENI
    Assistant Director
    Office of Immigration Litigation
    U.S. Department of Justice, Civil Division
    P.O. Box 868, Ben Franklin Station
    Washington, DC 20044
    Tel: (202) 307-4293
    Email: Erez.R.Reuveni@usdoj.gov

Dated: October 29, 2020          *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 29, 2020, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of for the Northern District of California by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

By: */s/ Erez Reuveni*
EREZ REUVENI
Assistant Director
United States Department of Justice
Civil Division