UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EAST BAY SANCTUARY COVENANT, et al.,

                Plaintiffs,

       v.

WILLIAM BARR, et al.,

                Defendants.

Case No. 19-cv-04073-JST

**ORDER EXTENDING TEMPORARY RESTRAINING ORDER**

Re: ECF No. 98

The October 17, 2020 temporary restraining order in this case expires on October 31, 2020. ECF No. 98 at 8.  During this morning's hearing regarding Proposed Intervenors' motion to intervene and for preliminary injunction, the Court solicited the parties' consent to a six-day extension of the TRO to November 6, 2020.  Proposed Intervenors consented at the hearing and the Government consented in writing shortly thereafter.  ECF No. 115.

Upon further consideration, however, and in light of the complexity of the case, the need to carefully consider the parties' arguments, and the lack of prejudice to the enjoined parties, the Court finds good cause to extend the TRO until the Court issues its decision on Proposed Intervenors' motion or through November 14, 2020, whichever is sooner.  *See Nat'l Urb. League v. Ross*, No. 20-cv-05799-LHK, 2020 WL 5578931, at \*2 (N.D. Cal. Sept. 17, 2020); *Coal. for Econ. Equity v. Wilson*, No. C 96 4024 TEH, 1996 WL 691962, at \*3 n.8 (N.D. Cal. Nov. 27, 1996); *see also* Fed. R. Civ. P. 65(b)(2).

      **IT IS SO ORDERED.**

Dated:  October 29, 2020

                            JON S. TIGAR
                     United States District Judge

United States District Court
Northern District of California