UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EAST BAY SANCTUARY COVENANT, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>WILLIAM BARR, et al.,<br><br>    Defendants. | Case No. 19-cv-04073-JST<br><br>**ORDER REGARDING MOTION BRIEFING**<br><br>Re: ECF No. 118 |

The Court has received Proposed Intervenors' request for clarification concerning the briefing schedule for the pending motion to intervene and for preliminary injunction, which requests the opportunity to file a reply brief in support of the motion for intervention. ECF No. 118. The Court has also received the Government's opposition. ECF No. 119.

Proposed Intervenors' October 26, 2020 reply brief fully addressed the issues raised in both their motion to intervene and their motion for preliminary injunction, including whether Proposed Intervenors satisfy Rule 24(a) or 24(b) as well as whether the Court has subject matter jurisdiction over Intervenors' claims, both for purposes of permitting intervention and for purposes of granting a preliminary injunction. Thus, the Court concludes that no further briefing is necessary or authorized.

**IT IS SO ORDERED.**

Dated: November 4, 2020



JON S. TIGAR
United States District Judge