Adam Siegler (SBN 116233)
**GREENBERG TRAURIG LLP**
1840 Century Park East
Suite 1900
Los Angeles, CA 90067
Telephone: (310) 586-7700
Facsimile: (310) 586-7800
Email: sieglera@gtlaw.com

Jonathan K. Ogata (SBN 325914)
**GREENBERG TRAURIG, LLP**
1201 K Street, Suite 1100
Sacramento, CA
Telephone: (916) 442-1111
Email: ogataj@gtlaw.com

Steven G. Barringer*
**GREENBERG TRAURIG, LLP**
2101 L Street, NW, Suite 1000
Washington, DC 20037
Telephone: (202) 331-3108
Facsimile: (202) 261-0114
Email: barringers@gtlaw.com

Caroline J. Heller*
**GREENBERG TRAURIG LLP**
200 Park Ave
New York, NY 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Email: hellerc@gtlaw.com

Gregory P. Copeland*
Sarah T. Gillman*
**RAPID DEFENSE NETWORK**
11 Broadway, Suite 615
New York, NY 10004-1490
Telephone: (212) 843-0910
Facsimile: (212) 257-7033
Email: gregory@defensenetwork.org
Email: sarah@defensenetwork.org

* *Appearance Pro Hac Vice*

Attorneys for Proposed Plaintiff-Intervenors

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EAST BAY SANCTUARY COVENANT, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>WILLIAM BARR, et al.,<br><br>Defendants. | Case No. 4:19-cv-04073-JST<br><br>[Judge: Hon. Jon S. Tigar]<br><br>**PROPOSED PLAINTIFF-INTERVENORS' NOTICE OF SUPPLEMENTAL AUTHORITY**<br><br>Date Action Filed: July 16, 2019 |

Proposed Plaintiff-Intervenors ("Intervenors") respectfully submit this Notice of Supplemental Authority to inform the Court of a recent decision of the United States District Court for the District of Columbia Circuit in *Kiakombua et al v. Wolf et al*, Case No. 19-CV-1872 (KBJ), 2020 WL 6392824 (D.D.C. Oct. 31, 2020), attached hereto as Exhibit A.

*Kiakombua* is supplemental authority in support of Intervenors' motions for a preliminary injunction and for leave to intervene. ECF No. 95. This decision is relevant to the issue raised in the Court's temporary restraining order dated October 17, 2020, (ECF No. 98 at pp. 6-7) and Intervenors' Reply Memorandum of Points and Authorities in Further Support of their Motion for a Preliminary Injunction, (ECF No. 112 at pp. 12 through 15 of 21 [Section III.A.2], pp. 20 through 21 of 21 [Section III.D]). More specifically, *Kiakombua* supports Intervenors' argument that intervention in this action as Plaintiffs would provide them the opportunity to obtain the relief they seek. *See Kiakombua*, 2020 WL 6392824, at *33-*40.

Dated: November 4, 2020          Respectfully submitted,

**GREENBERG TRAURIG LLP**
Adam Siegler
Jonathan K. Ogata
Caroline J. Heller *(Appearance Pro Hac Vice)*
Steven G. Barringer *(Appearance Pro Hac Vice)*

**RAPID DEFENSE NETWORK**
*Gregory P. Copeland (Appearance Pro Hac Vice)*
*Sarah T. Gillman (Appearance Pro Hac Vice)*

By          /s/ Caroline J. Heller

*Attorneys for Plaintiff-Intervenors*