# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

Name of U.S. District Court: Northern District of California

U.S. District Court case number: 4:19-cv-04073-JST

Date case was first filed in U.S. District Court: 07/16/2019

Date of judgment or order you are appealing: 11/10/2020

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

⦿ Yes   ○ No   ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

A list of all Appellants is attached as Appendix A.

Is this a cross-appeal?   ○ Yes   ⦿ No

If Yes, what is the first appeal case number?

Was there a previous appeal in this case?   ⦿ Yes   ○ No

If Yes, what is the prior appeal case number? 19-16487, 19-16773

Your mailing address:

Greenberg Traurig LLP, MetLife Building 200 Park Avenue

City: New York    State: NY    Zip Code: 10166

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ Caroline Heller    **Date** Nov 11, 2020

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 1                                                                 Rev. 12/01/2018

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT
## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

| |
|---|
| See Appendix A. |

Name(s) of counsel (if any):

| |
|---|
| Adam Siegler, Greenberg Traurig, LLP |

Address: 1840 Century Part East, Suite 1900 Los Angeles, CA 90067

Telephone number(s): 310-586-6536

Email(s): sieglera@gtlaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

| |
|---|
| A list of all Appellees is attached as Appendix B. |

Name(s) of counsel (if any):

| |
|---|
| Erez Reuveni, Assistant Director, Office of Immigration Litigation<br>William C. Peachey, Director, Office of Immigration Litigation<br>Jeffery Bossert Clark, Acting Assistant Attorney General |

Address: P.O. Box 868, Ben Franklin Station, Washington, DC 20044

Telephone number(s): 202-307-4293

Email(s): Erez.R.Reuveni@usdoj.gov

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                                1                                           *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

See Appendix A.

Name(s) of counsel (if any):

Caroline Heller, Greenberg Traurig, LLP

Address: Greenberg Traurig LLP, MetLife Building 200 Park Avenue

Telephone number(s): 212-801-9200

Email(s): hellerc@gtlaw.com

Is counsel registered for Electronic Filing in the 9th Circuit?   ⦿ Yes   ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                     *2*                              *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

> See Appendix A

Name(s) of counsel (if any):

> Sarah Gillman, Rapid Defense Network
> Gregory Copeland, Rapid Defense Network

Address: 11 Broadway, Suite 615, New York, NY 10004

Telephone number(s): 212-843-0910

Email(s): sarah@defensenetwork.org; gregory@defensenetwork.org

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ⦿ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 6**                                       3                                  *New 12/01/2018*

Adam Siegler (SBN 116233)
**GREENBERG TRAURIG LLP**
1840 Century Park East
Suite 1900
Los Angeles, CA 90067
Telephone: (310) 586-7700
Facsimile: (310) 586-7800
Email:sieglera@gtlaw.com

Jonathan K. Ogata (SBN 325914)
**GREENBERG TRAURIG, LLP**
1201 K Street, Suite 1100
Sacramento, CA
Telephone: (916) Northern 442-1111
Email:ogataj@gtlaw.com

Steven G. Barringer*
**GREENBERG TRAURIG, LLP**
2101 L Street, NW, Suite 1000
Washington, DC 20037
Telephone: (202) 331-3108
Facsimile: (202) 261-0114
Email: barringers@gtlaw.com

Caroline J. Heller*
**GREENBERG TRAURIG LLP**
200 Park Ave
New York, NY 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Email: hellerc@gtlaw.com

Gregory P. Copeland*
Sarah T. Gillman*
**RAPID DEFENSE NETWORK**
11 Broadway, Suite 615
New York, NY 10004-1490
Telephone: (212) 843-0910
Facsimile: (212) 257-7033
Email: gregory@defensenetwork.org
Email: sarah@defensenetwork.org

* *Appearance Pro Hac Vice*

*Attorneys for Proposed Plaintiff-Intervenors*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EAST BAY SANCTUARY COVENANT, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>WILLIAM BARR, et al.,<br><br>Defendants. | Case No. 4:19-cv-04073-JST<br><br>[Judge: Hon. Jon S. Tigar]<br><br>**NOTICE OF APPEAL APPENDIX**<br><br>Date Action Filed: July 16, 2019 |

**Appendix A**

Appellants:

J.S.M.; D.M.S., a minor; S.L.V.; M.F.L., a minor; M.M.B.; N.M.M., a minor; M.M.V.; A.A.M.; a minor; I.F.L.; R.F.L., a minor; M.G.V.; A.R.G., a minor; R.P.F.; J.F.P., a minor; M.C.M.; S.M.C., a minor; M.A.A.; A.R.A., a minor; C.A.A., a minor; A.L.V.; I.G.L., a minor; A.G.L., a minor; M.R.A.; L.C.R., a minor; C.C.G.; E.C.G., a minor; K.N.E.; E.A.N., a minor; D.P.R.; S.B.P., a minor; R.L.A.; N.C.L., a minor; Y.V.O. E.P.V., a minor; S.L.R; A.V.L., a minor; I.H.L.; S.R.H., a minor; S.J.A.; W.A.A., a minor; E.V.M.; A.V.M., a minor; M.P.O.; G.G.L., a minor; O.T.G.; T.T.G.; a minor; B.H.I.; D.M.H., a minor; N.V.; Z.F., a minor; J.H.R.; A.M.H., a minor; I.C.T.; V.T.P., a minor; C.N.; B.L.; B.L.N., a minor; P.M.; M.N.; H.M.N., a minor; N.P.; R.D.P., a minor; Y.U.; F.G.U, a minor; Y.O.T.; V.L.O., a minor; D.L.O., a minor; L.H.H..; Y.F.H., a minor; A.B.C.; E.C.B, a minor; K.P.P.; M.P.P., a minor; I.P.P., a minor; M.H.; J.M.H., a minor; B.C.A.; G.S.C., a minor; L.M.P.; Y.M.M., a minor; L.P.M, a minor; A.S.G., a minor; E.G.; J.G.M., a minor; B.G.C.; S.M.G., a minor; T.S.J.; L.P.S, a minor; G.S.J., a minor; I.C.A.; S.P.C., a minor; M.T.T.; Y.L.T., a minor; R.C.H.; E.P.C., a minor; L.M.B.; Z.R.M., a minor; E.R.M., a minor; C.H.G.; M.G.H., a minor; T.R.M.; J.R.R., a minor; M.P.A.; G.S.P., a minor; M.T.B.; A.V.B., a minor; W.A.B., a minor; I.F.; Z.M.F., a minor; E.G.F., a minor; J.M.F., a minor; M.P.T.; A.A.P., a minor; H.A.P., a minor; M.C.P.; J.C.P.; a minor; M.R.C., a minor; M.L.M.; J.R.L., a minor; M.Z.L; F.P.Z., a minor; F.F.A.; D.A.B.; A.A.B., a minor; R.S.J.; S.A., a minor; L.G.G.; W.C.G., a minor.

**Appendix B**

Appellees:

William Barr, Attorney General, in his official capacity; U.S. Department of Justice; James McHenry, Director of the Executive Office for Immigration Review, in his official capacity; Executive Office of Immigration Review; Kevin M. McAleenan, Acting Secretary of Homeland Security, in his official capacity; U.S. Department of Homeland Security; Kenneth T. Cuccinelli, Acting Director of the U.S. Citizenship and Immigration Services, in his official capacity; John P. Sanders, Acting Commissioner of U.S. Customs and Border Protection, in his official capacity; U.S. Citizenship and Immigration Services; U.S. Customs and Border Protection; Matthew T. Albence, Acting Director of Immigration and Customs Enforcement, in his official capacity; Immigration and Customs Enforcement.

Dated:  November 11, 2020

Respectfully submitted,

**GREENBERG TRAURIG LLP**
Adam Siegler
Jonathan K. Ogata
Caroline Heller *(Appearance Pro Hac Vice)*
Steven G. Berringer *(Appearance Pro Hac Vice)*

***RAPID DEFENSE NETWORK***
*Gregory P. Copeland (Appearance Pro Hac Vice)*
*Sarah T. Gillman (Appearance Pro Hac Vice)*

By              */s/ Caroline J. Heller*

*Attorneys for Plaintiff-Intervenors*