UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

# FILED

NOV 21 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| EAST BAY SANCTUARY COVENANT; et al., | No.    20-17204 |
| Plaintiffs, | D.C. No. 4:19-cv-04073-JST Northern District of California, Oakland |
| v. | |
| WILLIAM P. BARR, Attorney General; et al., | ORDER |
| Defendants-Appellees, | |
| v. | |
| J. S. M., et al, | |
| Movant-Appellant. | |

Before:  CLIFTON, IKUTA, and LEE, Circuit Judges.

Appellants' emergency motion for an administrative stay of removal (Docket Entry No. 13) is denied.

Appellants' petition for rehearing en banc (Docket Entry No. 12) is treated as a motion for reconsideration en banc.  The motion for reconsideration en banc is denied on behalf of the court.  *See* 9th Cir. Gen. Ord. 6.11; *see also* 9th Cir. R. 27-10.