# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| East Bay Sanctuary Covenant, *et al.*, | Case No.: 3:19-cv-04073-JST |
| *Plaintiffs*, | **[PROPOSED] ORDER** |
| v. | |
| Jeffrey A. Rosen, *et al.*, | |
| *Defendants*. | |

    Having considered Plaintiffs' Motion For Leave to File an Amended and Supplemental Complaint and to Lift Stay of Proceedings in *East Bay Sanctuary Covenant, et al. v. Barr, et al.,* Case No. 3:19-cv-04073,

    IT IS HEREBY ORDERED that the motion is granted.  The stay of proceedings is hereby lifted and Plaintiffs are directed to file their First Amended and Supplemental Complaint on the docket.

    **IT IS SO ORDERED.**

Dated: _____   _____
                                                                                   United States District Judge