| | |
|---|---|
| Lee Gelernt* | Katrina Eiland (SBN 275701) |
| Omar C. Jadwat* | Cody Wofsy (SBN 294179) |
| Anand Balakrishnan* | Spencer Amdur (SBN 320069) |
| Ming Cheung** | Morgan Russell (SBN 296137) |
| ACLU FOUNDATION | ACLU FOUNDATION |
| IMMIGRANTS' RIGHTS PROJECT | IMMIGRANTS' RIGHTS PROJECT |
| 125 Broad Street, 18th Floor | 39 Drumm Street |
| New York, NY 10004 | San Francisco, CA 94111 |
| T: (212) 549-2660 | T: (415) 343-0770 |
| F: (212) 549-2654 | F: (415) 395-0950 |
| *lgelernt@aclu.org* | *keiland@aclu.org* |
| *ojadwat@aclu.org* | *cwofsy@aclu.org* |
| *abalakrishnan@aclu.org* | *samdur@aclu.org* |
| *mcheung@aclu.org* | *mrussell@aclu.org* |

*Attorneys for Plaintiffs*
*(Additional counsel listed on following page)*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| East Bay Sanctuary Covenant, *et al.*, | Case No.: 4:19-cv-04073-JST |
| *Plaintiffs*, | **NOTICE OF MOTION AND MOTION FOR PRELIMINARY INJUNCTION AND STAY OF FINAL RULE'S EFFECTIVE DATE PURSUANT TO 5 U.S.C. § 705** |
| v. | |
| Robert M. Wilkinson, *et al.*, | |
| *Defendants*. | |

Melissa Crow*
SOUTHERN POVERTY LAW CENTER
1101 17th Street, NW Suite 705
Washington, D.C. 20036
T: (202) 355-4471
F: (404) 221-5857
*melissa.crow@splcenter.org*

Baher Azmy**
Angelo Guisado**
Ghita Schwarz**
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
T: (212) 614-6464
F: (212) 614-6499
*bazmy@ccrjustice.org*
*aguisado@ccrjustice.org*
*gschwarz@ccrjustice.org*

*Attorneys for Plaintiffs*

*Admitted pro hac vice
**Pro hac vice* application forthcoming

Vasudha Talla (SBN 316219)
Angélica Salceda (SBN 296152)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
T: (415) 621-2493
F: (415) 255-8437
*vtalla@aclunc.org*
*asalceda@aclunc.org*

**TO RESPONDENTS AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs East Bay Sanctuary Covenant, Al Otro Lado, Innovation Law Lab, and Central American Resource Center of Los Angeles hereby move the Court for a preliminary injunction and a stay pursuant to 5 U.S.C. § 705 of the transit asylum ban final rule's effective date.[1] The Trump administration issued the final rule on December 17, 2020, and it went into effect on January 19, 2021. *See* Asylum Eligibility and Procedural Modifications, 85 Fed. Reg. 82,260 (Dec. 17, 2020). The final rule is materially identical to the interim version of the rule, which this court preliminarily enjoined. Although that ruling was stayed, the interim rule had not been in effect since June 2020 when a district court in the District of Columbia vacated it. Now that the policy is once again in force, a preliminary injunction and/or stay of the rule under 5 U.S.C. § 705 is necessary to prevent Plaintiffs from again experiencing significant harm.

This motion is brought pursuant to Federal Rule of Civil Procedure 65 and is based on the accompanying Memorandum in Support and materials cited therein; the pleadings and evidence on file in this matter; the accompanying declarations; and such other materials and argument as may be presented in connection with a hearing on the motion.

Plaintiffs will confer with counsel for Defendants about a briefing schedule on this motion and Plaintiffs' previous motion for leave to file an amended and supplemental complaint, and will attempt to make a joint proposal to the Court.

| | |
|---|---|
| Dated: January 21, 2021 | Respectfully submitted, |
| Lee Gelernt* <br> Omar C. Jadwat* <br> Anand Balakrishnan* <br> Ming Cheung** <br> ACLU FOUNDATION <br> IMMIGRANTS' RIGHTS PROJECT <br> 125 Broad Street, 18th Floor | /s/ Katrina L. Eiland <br> Katrina Eiland (SBN 275701) <br> Cody Wofsy (SBN 294179) <br> Spencer Amdur (SBN 320069) <br> Morgan Russell (SBN 296137) <br> ACLU FOUNDATION |

---

[1] Plaintiffs previously filed a motion for leave to file a First Amended and Supplemental Complaint that (1) challenges the final transit ban rule on the same grounds asserted against the interim rule in the original complaint and (2) amends the claims to challenge the final rule as invalid because Department of Homeland Security Acting Secretary officials were not validly serving when the final rule was issued. *See* ECF No. 130.

New York, NY 10004
T: (212) 549-2660
F: (212) 549-2654
*lgelernt@aclu.org*
*ojadwat@aclu.org*
*abalakrishnan@aclu.org*
*mcheung@aclu.org*

Melissa Crow*
SOUTHERN POVERTY LAW CENTER
1101 17th Street NW, Suite 705
Washington, DC 20036
T: (202) 355-4471
F: (404) 221-5857
*melissa.crow@splcenter.org*

*Attorneys for Plaintiffs*

*\*Admitted pro hac vice*
*\*\*Pro hac vice application forthcoming*

IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
T: (415) 343-0770
F: (415) 395-0950
*keiland@aclu.org*
*cwofsy@aclu.org*
*samdur@aclu.org*
*mrussell@aclu.org*

Baher Azmy**
Angelo Guisado**
Ghita Schwarz**
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Telephone: (212) 614-6464
Facsimile: (212) 614-6499
*bazmy@ccrjustice.org*
*aguisado@ccrjustice.org*
*gschwarz@ccrjustice.org*

Vasudha Talla (SBN 316219)
Angélica Salceda (SBN 296152)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
T: (415) 621-2493
F: (415) 255-8437
*vtalla@aclunc.org*
*asalceda@aclunc.org*