# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| East Bay Sanctuary Covenant, *et al.*, | Case No.: 4:19-cv-04073-JST |
| *Plaintiffs*, | **[PROPOSED] ORDER** |
| v. | |
| Robert M. Wilkinson, *et al.*, | |
| *Defendants*. | |

Having considered Plaintiffs' Motion for Preliminary Injunction and Stay of Final Rule's Effective Date Pursuant to 5 U.S.C. § 705, IT IS HEREBY ORDERED as follows:

The Court finds that Plaintiffs have demonstrated a likelihood of success on the merits of their claims that the Final Rule of December 17, 2020, is unlawful. The Court further finds that, absent the requested relief, the Final Rule will cause irreparable harm to Plaintiffs. The balance of hardships tips in Plaintiffs' favor, and the public interest will be served by a preliminary injunction and stay of the Final Rule's effective date.

The Final Rule is hereby preliminary enjoined and stayed pursuant to 5 U.S.C. § 705.

**IT IS SO ORDERED.**

Dated: _____

United States District Judge