**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| East Bay Sanctuary Covenant, et al., | |
| *Plaintiffs*, | Case No.: 4:19-cv-04073-JST |
| v. | |
| Robert M. Wilkinson, et al., | |
| *Defendants*. | |

**JOINT STIPULATION AND PROPOSED SCHEDULE**

The parties, having met and conferred regarding a briefing schedule on Plaintiffs' pending motions, hereby jointly stipulate and agree as follows:

1. On November 19, 2019, the Court granted Defendants' October 25, 2019 motion to stay these proceedings (ECF No. 93).

2. On January 19, 2021, Plaintiffs filed a Motion for Leave to File Amended and Supplemental Complaint and to Lift Stay of Proceedings (ECF No. 130).

3. Defendants hereby consent to Plaintiffs' request to lift the stay of proceedings; and to the filing of Plaintiffs' proposed First Amended and Supplemental Complaint (ECF No. 130-2).

4. On January 21, 2021, Plaintiffs filed a Motion for Preliminary Injunction and Stay of Final Rule's Effective Date Pursuant to 5 U.S.C. § 705 (ECF No. 131). The parties have met and conferred concerning a briefing schedule on that motion, and hereby propose the following:

   - Defendants shall file their response by February 1, 2021.
   - Plaintiffs shall file their reply, if any, by February 4, 2021.

Dated: January 27, 2021                              Respectfully submitted,

/s/ Katrina Eiland                                   /s/ Erez Reuveni
Katrina Eiland (SBN 275701)                          Erez Reuveni

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>IMMIGRANTS' RIGHTS PROJECT<br>39 Drumm Street<br>San Francisco, CA 94111<br>T: (415) 343-1198<br>F: (415) 395-0950<br>Email: keiland@aclu.org<br><br>*Attorney for Plaintiffs* | Assistant Director<br>Office of Immigration Litigation<br>U.S. Department of Justice, Civil Division<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>Tel: (202) 307-4293<br>Email: Erez.R.Reuveni@usdoj.gov<br><br>*Attorney for Defendants* |