**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

East Bay Sanctuary Covenant, et al.,

    *Plaintiffs*,

v.

Robert M. Wilkinson, et al.,

    *Defendants*.

Case No.: 4:19-cv-04073-JST

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for Leave to File Amended and Supplemental Complaint and to Lift Stay of Proceedings (ECF No. 130), Defendants' consent thereto, and for good cause shown, IT IS HEREBY ORDERED that the motion is GRANTED. The stay of proceedings entered November 19, 2019 is hereby lifted, and Plaintiffs are directed to file their First Amended and Supplemental Complaint on the docket.

The Court further hereby adopts the parties' proposed briefing schedule concerning Plaintiffs' pending Motion for Preliminary Injunction and Stay of Final Rule's Effective Date Pursuant to 5 U.S.C. § 705 (ECF No. 131).

Defendants shall file their response to the motion by February 1, 2021; and Plaintiffs shall file their reply, if any, by February 4, 2021.

**IT IS SO ORDERED.**

Dated: _____

                                          _____
                                          HON. JON S. TIGAR
                                          UNITED STATES DISTRICT JUDGE