Adam Siegler (SBN 116233)
**GREENBERG TRAURIG LLP**
1840 Century Park East
Suite 1900
Los Angeles, CA 90067
Telephone: (310) 586-7700
Facsimile: (310) 586-7800
Email:sieglera@gtlaw.com

Jonathan K. Ogata (SBN 325914)
**GREENBERG TRAURIG, LLP**
1201 K Street, Suite 1100
Sacramento, CA
Telephone: (916) 442-1111
Email:ogataj@gtlaw.com

Steven G. Barringer (appearance *pro hac vice*)
**GREENBERG TRAURIG, LLP**
2101 L Street, NW, Suite 1000
Washington, DC 20037
Telephone: (202) 331-3108
Facsimile: (202) 261-0114
Email: barringers@gtlaw.com

Caroline J. Heller (appearance *pro hac vice*)
**GREENBERG TRAURIG LLP**
200 Park Ave
New York, NY 10166
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
Email: hellerc@gtlaw.com

Gregory P. Copeland (appearance *pro hac vice*)
Sarah T. Gillman (appearance *pro hac vice*)
**RAPID DEFENSE NETWORK**
11 Broadway, Suite 615
New York, NY 10004-1490
Telephone: (212) 843-0910
Facsimile: (212) 257-7033
Email: gregory@defensenetwork.org
Email: sarah@defensenetwork.org

*Attorneys for Proposed Plaintiff-Intervenors*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

EAST BAY SANCTUARY COVENANT, et al.,

Plaintiffs,

vs.

WILLIAM BARR, et al.,

Defendants.

Case No. 4:19-cv-04073-JST

[Judge: Hon. Jon S. Tigar]

**NOTICE OF WITHDRAWAL OF COUNSEL OF JONATHAN K. OGATA**

Date Action Filed: July 16, 2019

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE THAT as of January 27, 2021, Jonathan K. Ogata is no longer an attorney at Greenberg Traurig, LLP and is hereby withdrawn as counsel for Proposed Plaintiff-Intervenors. Mr. Ogata should be removed from the Court's service list with respect to this action. The law firm of Greenberg Traurig, LLP should continue to be reflected as counsel for Proposed Plaintiff-Intervenors, and all future correspondence and papers in this action should continue to be directed to Adam Siegler, Caroline Heller and Steven G. Berringer of Greenberg Traurig, LLP.

Dated: January 29, 2021

Respectfully submitted,

**GREENBERG TRAURIG LLP**
Adam Siegler
Caroline Heller (Appearance *Pro Hac Vice*)
Steven G. Berringer (Appearance *Pro Hac Vice*)

***RAPID DEFENSE NETWORK***
*Gregory P. Copeland* (Appearance *Pro Hac Vice*)
*Sarah T. Gillman* (Appearance *Pro Hac Vice*)

By *_/s/ Adam Siegler_*
Adam Siegler
Attorneys for Plaintiff-Intervenors