Lee Gelernt*
Omar C. Jadwat*
Anand Balakrishnan*
Ming Cheung**
ACLU FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 549-2660
F: (212) 549-2654
*lgelernt@aclu.org*
*ojadwat@aclu.org*
*abalakrishnan@aclu.org*
*mcheung@aclu.org*

Katrina Eiland (SBN 275701)
Cody Wofsy (SBN 294179)
Spencer Amdur (SBN 320069)
Morgan Russell (SBN 296137)
ACLU FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
T: (415) 343-0770
F: (415) 395-0950
*keiland@aclu.org*
*cwofsy@aclu.org*
*samdur@aclu.org*
*mrussell@aclu.org*

*Attorneys for Plaintiffs*
*(Additional counsel listed below)*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| East Bay Sanctuary Covenant, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> Robert M. Wilkinson, et al., <br><br> *Defendants*. | Case No.: 4:19-cv-04073-JST <br><br> **PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION AND STAY OF FINAL RULE'S EFFECTIVE DATE PURSANT TO 5 U.S.C. § 705** |

The Court should grant Plaintiffs' motion and preliminarily enjoin the Final Rule and/or stay its effective date pending review pursuant to 5 U.S.C. § 705.  As explained in Plaintiffs' motion, the Ninth Circuit's binding decision affirming this Court's prior injunction, *E. Bay Sanctuary Covenant v. Barr*, 964 F.3d 832 (9th Cir. 2020), dictates that the Final Rule—like the Interim Final Rule—is contrary to 8 U.S.C. § 1158 and arbitrary and capricious; and that the equitable factors favor granting preliminary relief.  ECF No. 131-1 at 6-13, 21-23.  In their response, Defendants acknowledge (1) that the Final Rule "adopt[s] almost verbatim the interim final rule this Court previously enjoined on July 24, 2019"; (2) that "the Ninth Circuit's published decision affirming this Court's injunction—including its statutory authority ruling—is controlling law of the circuit"; and (3) "that this Court and the Ninth Circuit have both held that the other preliminary-injunction factors support Plaintiffs' prior motion."  ECF No. 136 at 1-2; *accord id.* at 1 ("[T]he government acknowledges that the Ninth Circuit's decision is law of the circuit and therefore controlling in this case.").  Accordingly, there is no dispute that, under binding Ninth Circuit precedent, the materially identical Final Rule is contrary to law for the reasons previously identified by this Court and the Ninth Circuit.  Moreover, Defendants do not contest that the equitable preliminary injunction and stay factors continue to favor granting Plaintiffs preliminary relief.

While Plaintiffs maintain that the Final Rule is unlawful for the additional reasons identified in their motion, Plaintiffs agree that it would be sufficient for the Court to grant preliminary relief "on the statutory-authority holding in the Ninth Circuit's precedential decision" in this case.  *See* Response, ECF No. 136 at 2.

Accordingly, for these reasons and those set forth in Plaintiffs' motion, Plaintiffs respectfully request that the Court preliminarily enjoin the Final Rule and/or stay its effective date pursuant to 5 U.S.C. § 705, to prevent further harm to Plaintiffs.  Given the lack of dispute between the parties, Plaintiffs are not requesting oral argument on the motion.

| | |
|---|---|
| Dated: February 2, 2021 | Respectfully submitted, |
| | /s/ Katrina Eiland |
| Lee Gelernt* | Katrina Eiland (SBN 275701) |
| Omar Jadwat* | Cody Wofsy (SBN 294179) |
| Anand Balakrishnan* | Spencer Amdur (SBN 320069) |
| Ming Cheung** | Morgan Russell (SBN 296137) |
| AMERICAN CIVIL LIBERTIES UNION FOUNDATION IMMIGRANTS' RIGHTS PROJECT | AMERICAN CIVIL LIBERTIES UNION FOUNDATION IMMIGRANTS' RIGHTS PROJECT |
| 125 Broad St., 18th Floor | 39 Drumm Street |
| New York, NY 10004 | San Francisco, CA 94111 |
| T: (212) 549-2660 | T: (415) 343-1198 |
| F: (212) 549-2654 | F: (415) 395-0950 |
| *lgelernt@aclu.org* | *keiland@aclu.org* |
| *ojadwat@aclu.org* | *cwofsy@aclu.org* |
| *abalakrishnan@aclu.org* | *samdur@aclu.org* |
| *mcheung@aclu.org* | *mrussell@aclu.org* |
| Melissa Crow* | Vasudha Talla (SBN 316219) |
| SOUTHERN POVERTY LAW CENTER | Angélica Salceda (SBN 296152) |
| 1101 17th Street, NW Suite 705 | AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA, INC. |
| Washington, D.C. 20036 | 39 Drumm Street |
| T: (202) 355-4471 | San Francisco, CA 94111 |
| F: (404) 221-5857 | T: (415) 621-2493 |
| *melissa.crow@splcenter.org* | F: (415) 255-8437 |
| | *vtalla@aclunc.org* |
| | *asalceda@aclunc.org* |
| | Baher Azmy** |
| | Angelo Guisado** |
| | Ghita Schwarz** |
| | CENTER FOR CONSTITUTIONAL RIGHTS |
| | 666 Broadway, 7th Floor |
| | New York, NY 10012 |
| | Telephone: (212) 614-6464 |
| | Facsimile: (212) 614-6499 |
| | *bazmy@ccrjustice.org* |
| | *aguisado@ccrjustice.org* |
| | *gschwarz@ccrjustice.org* |

*Attorneys for Plaintiffs*

* *Admitted pro hac vice*
***Pro hac vice application forthcoming*