| | |
|---|---|
| Katrina Eiland (SBN 275701) | Lee Gelernt* |
| Cody Wofsy (SBN 294179) | Omar C. Jadwat* |
| Spencer Amdur (SBN 320069) | Anand Balakrishnan* |
| ACLU FOUNDATION | ACLU FOUNDATION |
| IMMIGRANTS' RIGHTS PROJECT | IMMIGRANTS' RIGHTS PROJECT |
| 39 Drumm Street | 125 Broad Street, 18th Floor |
| San Francisco, CA 94111 | New York, NY 10004 |
| T: (415) 343-0770 | T: (212) 549-2660 |
| F: (415) 395-0950 | F: (212) 549-2654 |
| *keiland@aclu.org* | *lgelernt@aclu.org* |
| *cwofsy@aclu.org* | *ojadwat@aclu.org* |
| *samdur@aclu.org* | *abalakrishnan@aclu.org* |

*Attorneys for Plaintiffs*

**SEE NEXT PAGE FOR ADDITIONAL COUNSEL**

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| East Bay Sanctuary Covenant; Al Otro Lado; Innovation Law Lab; and Central American Resource Center in Los Angeles, | Case No. 4:19-cv-04073-JST |
| *Plaintiffs*, | |
| v. | **NOTICE OF WITHDRAWAL OF JULIE VEROFF AS COUNSEL** |
| William Barr, Attorney General, in his official capacity; U.S. Department of Justice; James McHenry, Director of the Executive Office for Immigration Review, in his official capacity; the Executive Office for Immigration Review; Kevin McAleenan, Acting Secretary of Homeland Security, in his official capacity; U.S. Department of Homeland Security; Ken Cuccinelli, Acting Director of the U.S. Citizenship and Immigration Services, in his official capacity; U.S. Citizenship and Immigration Services; John Sanders, Commissioner of U.S. Customs and Border Protection, in his official capacity; U.S. Customs and Border Protection; Matthew Albence, Acting Director of Immigration and Customs Enforcement, in his official capacity; Immigration and Customs Enforcement, | |
| *Defendants.* | |

Melissa Crow*
SOUTHER POVERTY LAW CENTER
1101 17th Street, NW Suite 705
Washington, D.C. 20036
T: (202) 355-4471
F: (404) 221-5857
*melissa.crow@splcenter.org*

Mary Bauer*
SOUTHER POVERTY LAW CENTER
1000 Preston Avenue
Charlottesville, VA 22903
T: (470) 606-9307
F: (404) 221-5857
*mary.bauer@splcenter.org*

Baher Azmy**
Angelo Guisado**
Ghita Schwarz**
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th floor
New York, NY 10012
T: (212) 614-6464
F: (212) 614-6499
*bazmy@ccrjustice.org*
*aguisado@ccrjustice.org*
*gschwarz@ccrjustice.org*

Vasudha Talla (SBN 316219)
Angelica Salceda (SBN 296152)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
T: (415) 621-2493
F: (415) 255-8437
vtalla@aclunc.org
asalceda@aclunc.org

*Attorneys for Plaintiffs*

*\*Admitted Pro Hac Vice*
*\*\*Pro Hac Vice Application Forthcoming*

PLEASE TAKE NOTICE THAT Julie Veroff is no longer associated with the American Civil Liberties Union Foundation Immigrants' Rights Project, and is no longer counsel for Plaintiffs in this case.

Please remove the following from your service list:

> Julie Veroff
> AMERICAN CIVIL LIBERTIES UNION FOUNDATION
> IMMIGRANTS' RIGHTS PROJECT
> 39 Drumm Street
> San Francisco, CA 94111
> (415) 343-0770
> jveroff@aclu.org

The remaining counsel associated with American Civil Liberties Union Foundation Immigrants' Rights Project and their co-counsel listed in the preceding counsel block of this document remain as counsel of record for Plaintiffs.

Dated: February 16, 2021                    Respectfully submitted,

                                            */s/ Lee Gelernt*
                                            Lee Gelernt
                                            Attorney for Plaintiffs

1

NOTICE OF WITHDRAWAL OF JULIE VEROFF AS COUNSEL                    3:19-cv-04073-JST

**CERTIFICATE OF SERVICE**

I certify that on February 16, 2021, I electronically transmitted the foregoing Notice of Withdrawal of Julie Veroff as Counsel, by using the Court's CM/ECF electronic filing system.

Dated: February 16, 2021                           By: */s/ Lee Gelernt*
                                                   Lee Gelernt
                                                   Attorney for Plaintiffs