SARAH HARRINGTON
*Deputy Assistant Attorney General*
WILLIAM C. PEACHEY
*Director*
EREZ REUVENI
*Assistant Director*
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-4293
Email: Erez.R.Reuveni@usdoj.gov

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| East Bay Sanctuary Covenant, *et al.*, | Civil Action No. 4:19-cv-04073-JST |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING MOTION TO STAY PROCEEDINGS** |
| v. | |
| William Barr, *et al.*, | |
| Defendants. | |

Before the Court is the parties' joint motion to stay proceedings. Having reviewed the motion, and good cause being shown, IT IS HEREBY ORDERED that the motion is GRANTED.

Dated: February __, 2021

_____
United States District Judge

PROPOSED ORDER
*East Bay Sanctuary v. Barr*,
Case No. 4:19-cv-04073-JST