SARAH HARRINGTON
*Deputy Assistant Attorney General*
WILLIAM C. PEACHEY
*Director*
EREZ REUVENI
*Assistant Director*
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-4293
Email: Erez.R.Reuveni@usdoj.gov

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| East Bay Sanctuary Covenant, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Merrick B. Garland, *et al.*, <br><br> Defendants. | Civil Action No. 4:19-cv-04073-JST |

## JOINT STIPULATION ON SCHEDULING

1. The government's deadline to file a motion to dismiss or otherwise answer the Complaint is currently due March 29, 2021.

2. However, pending before the Court is the parties' joint motion to stay proceedings, filed February 25, 2021 (Dkt. No. 140).

3. Because the motion remains pending, the parties agree that Defendants' deadline to file a motion to dismiss or other responsive pleading should be extended to thirty (30) days from the date the court issues its ruling on the motion to stay, should the court decline to enter the stay.

1  For the reasons stated, the parties hereby STIPULATE and AGREE that Defendants' deadline
2  for filing any motion to dismiss or responsive pleading shall be extended to 30 days from the date
3  the court rules on the government's motion to stay, in the event the court denies that motion, and
4  otherwise, shall be stayed along with the case should the court grant that motion.

Dated: March __, 2021

_____
United States District Judge

Dated: March 24, 2021          Respectfully submitted,

By: /s/ *Erez Reuveni*
EREZ REUVENI
Assistant Director
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-4293
Email: erez.r.reuveni@usdoj.gov

*Attorneys for Defendants*

/s/Katrina Eiland
Katrina Eiland
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
T: (415) 343-0782
F: (415) 395-0950
Email: keiland@aclu.org

*Attorneys for Plaintiffs*

JOINT STIPULATION
*East Bay Sanctuary Covenant v. Garland*,
Case No. 4:19-cv-04073-JST

# CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2021, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of for the Northern District of California by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

By: */s/ Erez Reuveni*
EREZ REUVENI
Assistant Director
United States Department of Justice
Civil Division