SARAH HARRINGTON
*Deputy Assistant Attorney General*
WILLIAM C. PEACHEY
*Director*
EREZ REUVENI
*Assistant Director*
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-4293
Email: Erez.R.Reuveni@usdoj.gov

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

East Bay Sanctuary Covenant, *et al.*,

    Plaintiffs,

v.

William Barr, *et al.*,

    Defendants.

Civil Action No. 4:19-cv-04073-JST

[**PROPOSED**] ORDER GRANTING MOTION TO STAY PROCEEDINGS

Before the Court is the parties' joint motion to stay proceedings. Having reviewed the motion, and good cause being shown, IT IS HEREBY ORDERED that the motion is GRANTED.

Dated: March 24, 2021

_____
United States District Judge

PROPOSED ORDER
*East Bay Sanctuary v. Barr*,
Case No. 4:19-cv-04073-JST