UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 16 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| EAST BAY SANCTUARY COVENANT; et al.,<br><br>        Plaintiffs - Appellees,<br><br> v.<br><br>MERRICK B. GARLAND, Attorney General; et al.,<br><br>        Defendants - Appellants. | No. 19-16487<br><br>D.C. No. 4:19-cv-04073-JST<br>U.S. District Court for Northern California, San Francisco<br><br>**MANDATE** |
| EAST BAY SANCTUARY COVENANT; et al.,<br><br>        Plaintiffs - Appellees,<br><br> v.<br><br>MERRICK B. GARLAND, Attorney General; et al.,<br><br>       Defendants - Appellants. | No. 19-16773<br><br>D.C. No. 4:19-cv-04073-JST<br>U.S. District Court for Northern California, Oakland |

The judgment of this Court, entered July 06, 2020, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Nixon Antonio Callejas Morales
Deputy Clerk
Ninth Circuit Rule 27-7