UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 23 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| EAST BAY SANCTUARY COVENANT; et al.,<br><br>        Plaintiffs,<br>  v.<br><br>WILLIAM P. BARR, Attorney General; et al.,<br><br>        Defendants - Appellees,<br><br>  v.<br><br>J. S. M., et al,<br><br>        Movant - Appellant. | No. 20-17204<br><br>D.C. No. 4:19-cv-04073-JST<br>U.S. District Court for Northern California, Oakland<br><br>**ORDER** |

The motion filed by the appellant on September 23, 2021, for voluntary dismissal of this appeal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b); 9th Cir. R. 27-9.1.

This order shall constitute the mandate.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Tina S. Price
Deputy Clerk
Ninth Circuit Rule 27-7