BRIAN W. BOYNTON
Principal Deputy Assistant Attorney General
WILLIAM C. PEACHEY
Director
Office of Immigration Litigation
U.S. Department of Justice
EREZ REUVENI
Assistant Director

**IN UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| East Bay Sanctuary Covenant, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> William Barr, *et al.*, ) <br> ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 4:19-cv-04073-JST <br><br> **NOTICE OF REQUEST TO WITHDRAW COUNSEL FRANCESCA GENOVA** |

TO: THE CLERK OF THE COURT

AND TO: ALL PARTIES OF RECORD AND THEIR COUNSEL:

PLEASE TAKE NOTICE that Francesca Genova Matozzo hereby respectfully moves to withdraw as counsel of record for Defendants-Respondents in the above-captioned case on the grounds that she is no longer employed by the U.S. Department of Justice. Defendants will continue to be represented by all remaining counsel of record for Defendants.

Dated this 25th of March, 2022

Respectfully submitted,

BRIAN W. BOYNTON  
Principal Deputy Assistant Attorney General  
WILLIAM C. PEACHEY  
Director

*/s/ Erez Reuveni*  
EREZ REUVENI  
Assistant Director  
Office of Immigration Litigation  
District Court Section  
U.S. Department of Justice  
P.O. Box 868, Ben Franklin Station  
Washington, D.C. 20530

*Attorneys for Defendants*

NOTICE OF WIRTHDRAWAL OF COUNSEL  
*East Bay v. Barr*, No. 4:119-cv-04073-JST

**CERTIFICATE OF SERVICE**

I hereby certify that on March 25, 2022, a copy of the foregoing was filed via the Court's CM/ECF system, which will send electronic notice to all counsel of record.

*/s/ Erez Reuveni*
EREZ REUVENI
Assistant Director

*Attorney for Defendants*