BRIAN M. BOYNTON
*Principal Deputy Assistant Attorney General*
WILLIAM C. PEACHEY
*Director*
EREZ REUVENI
*Assistant Director*
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-4293
Email: Erez.R.Reuveni@usdoj.gov

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| East Bay Sanctuary Covenant, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Donald J Trump, *et al.*, <br><br> Defendants. | No. 4:18-cv-06810-JST <br><br> **[PROPOSED] ORDER GRANTING CONSENT MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE** <br><br> Conference: June 28, 2022 <br> Time: 2:00 PM <br> Judge: Hon. Jon S. Tigar |
| East Bay Sanctuary Covenant, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> William Barr, *et al.*, <br><br> Defendants. | No. 4:19-cv-04073-JST <br><br> **[PROPOSED] ORDER GRANTING CONSENT MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE** <br><br> Conference: June 28, 2022 <br> Time: 2:00 PM <br> Judge: Hon. Jon S. Tigar |

PROPOSED ORDER GRANTING MOTION TO CONTINUE
CASE MANAGEMENT CONFERENCE
*East Bay v. Trump*, Case No. 4:18-cv-06810-JST,
*East Bay v. Barr*, No. 4:119-cv-04073-JST

1 | Before the Court is Defendants unopposed motion to continue the case management
2 | conference presently scheduled for June 28, 2022 at 2:00 PM. Having reviewed the motion, and
3 | good cause being shown, IT IS HEREBY ORDERED that the motion is GRANTED.

Dated: June __, 2022

_____
United States District Judge

PROPOSED ORDER GRANTING MOTION TO CONTINUE
CASE MANAGEMENT CONFERENCE
*East Bay v. Trump*, Case No. 4:18-cv-06810-JST,
*East Bay v. Barr*, No. 4:119-cv-04073-JST

1