MICHELLE (MINJU) CHO, CA SBN 321939
ANGELICA SALCEDA, CA SBN 296152
ACLU FOUNDATION OF
NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
Tel.: (415)-621-2493
Fax: (415) 255-1478
*mcho@aclunc.org*
*asalceda@aclunc.org*

*Counsel for Plaintiffs*
*(Additional counsel listed on second page)*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| East Bay Sanctuary Covenant, *et al*., <br><br> Plaintiffs, <br><br> vs. <br><br> William Barr, *et al*., <br><br> Defendants. | Case No.: 4:19-CV-04073-JST <br><br> **NOTICE OF SUBSTITION OF COUNSEL** |

| | |
|---|---|
| Katrina Eiland (SBN 275701) | Lee Gelernt* |
| Cody Wofsy (SBN 294179) | Omar C. Jadwat* |
| Spencer Amdur (SBN 320069) | Anand Balakrishnan* |
| ACLU FOUNDATION | ACLU FOUNDATION |
| IMMIGRANTS' RIGHTS PROJECT | IMMIGRANTS' RIGHTS PROJECT |
| 39 Drumm Street | 125 Broad Street, 18th Floor New York, NY 10004 |
| San Francisco, CA 94111 | |
| T: (415) 343-0770 | T: (212) 549-2660 |
| F: (415) 395-0950 | F: (212) 549-2654 |
| *keiland@aclu.org* | *lgelernt@aclu.org* |
| *cwofsy@aclu.org* | *ojadwat@aclu.org* |
| *samdur@aclu.org* | *abalakrishnan@aclu.org* |

Melissa Crow*
SOUTHERN POVERTY LAW CENTER
1101 17th Street, NW Suite 705
Washington, D.C. 20036
T: (202) 355-4471
F: (404) 221-5857
*melissa.crow@splcenter.org*

Mary Bauer*
SOUTHERN POVERTY LAW CENTER
1000 Preston Avenue
Charlottesville, VA 22903
T: (470) 606-9307
F: (404) 221-5857
*mary.bauer@splcenter.org*

Baher Azmy**
Angelo Guisado**
Ghita Schwarz**
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th floor
New York, NY 10012
T: (212) 614-6464 F: (212) 614-6499
*bazmy@ccrjustice.org*
*aguisado@ccrjustice.org*
*gschwarz@ccrjustice.org*

*Admitted Pro Hac Vice
**Pro Hac Vice Application Forthcoming

TO THE CLERK OF THE COURT, UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, AND TO ALL PARTIES HEREIN:

PLEASE TAKE NOTICE THAT THE CLERK is hereby asked to enter the appearance of Minju Cho, Staff Attorney with the American Civil Liberties Union Foundation of Northern California, Inc. as counsel for plaintiffs in this action. Ms. Cho is replacing Vasudha Talla, who is no longer associated with the American Civil Liberties Union Foundation of Northern California and hereby withdraws as counsel in this matter. Additional counsel listed on the caption of this document also continue to represent Plaintiffs in this matter. The Clerk is requested to remove Vasudha Talla from all service lists in this case, including, but not limited to, the service list contained in the Court's CM/ECF system.

Dated:  July 5, 2022                                          Respectfully Submitted,

*Michelle Minju Cho*
_____
Michelle (Minju) Cho
ACLU FOUNDATION OF
NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
Tel.: (415)-621-2493
Fax: (415) 255-1478
Email: mcho@aclunc.org

**CERTIFICATE OF SERVICE**

I, Minju Cho, an attorney at American Civil Liberties Union Foundation of Northern California certify that on July 5, 2022, I served the above and foregoing Plaintiff's Notice of Substitution of Counsel, by causing true and accurate copies of such paper to be filed and transmitted to all counsel of record via the Court's CM/ECF electronic filing system, on this the 5th day of July 2022.

Dated:  July 5, 2022                                   Respectfully Submitted,

*/s/ Michelle Minju Cho*

Michelle (Minju) Cho
ACLU FOUNDATION OF
NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
Tel.: (415)-621-2493
Fax: (415) 255-1478
Email: mcho@aclunc.org