BRIAN M. BOYNTON
*Principal Deputy Assistant Attorney General*
WILLIAM C. PEACHEY
*Director*
EREZ REUVENI
*Assistant Director*
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-4293
Email: Erez.R.Reuveni@usdoj.gov

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| East Bay Sanctuary Covenant, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Donald J Trump, *et al.*,<br><br>Defendants. | No. 4:18-cv-06810-JST<br><br>**STATUS REPORT** |
| East Bay Sanctuary Covenant, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>William Barr, *et al.*,<br><br>Defendants. | No. 4:19-cv-04073-JST<br><br>**STATUS REPORT** |

STATUS REPORT
*East Bay v. Trump*, Case No. 4:18-cv-06810-JST,
*East Bay v. Barr*, No. 4:119-cv-04073-JST

We write to provide the Court a status update concerning the Departments of Homeland Security and Justice's review of the rules at issue in these cases, consistent with the Court's order issued June 24, 2022, keeping these cases in abeyance pending that review.

The Departments continue to report they have both indicated in the Unified Agenda of Federal Regulatory and Deregulatory Actions-Spring 2022 that they preliminarily intend to modify or rescind the two rules at issue in these cases as part of the review required under Executive Order 14,010, *Creating a Comprehensive Regional Framework to Address the Causes of Migration, to Manage Migration Throughout North and Central America, and to Provide Safe and Orderly Processing of Asylum Seekers at the United States Border*, 86 Fed. Reg. 8267 (Feb. 5, 2021). The review remains ongoing. The Departments will submit another status report within 90 days of this filing with further updates about the status of the review and the rulemaking process.

//

//

STATUS REPORT
*East Bay v. Trump*, Case No. 4:18-cv-06810-JST,
*East Bay v. Barr*, No. 4:119-cv-04073-JST

1

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

WILLIAM C. PEACHEY
Director

By: <u>/s/ *Erez Reuveni*</u>
EREZ REUVENI
Assistant Director
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-4293
Email: Erez.R.Reuveni@usdoj.gov

Dated: September 22, 2022                *Attorneys for Defendants*

<u>/s/ Lee Gelernt</u>
Lee Gelernt
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad St., 18th Floor
New York, NY 10004
Tel: (212) 549-2660
Email: lgelernt@aclu.org

Dated: September 22, 2022                *Attorneys for Plaintiffs*

STATUS REPORT
*East Bay v. Trump*, Case No. 4:18-cv-06810-JST,
*East Bay v. Barr*, No. 4:119-cv-04073-JST

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2022, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of for the Northern District of California by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

By: */s/ Erez Reuveni*
EREZ REUVENI
Assistant Director
United States Department of Justice
Civil Division

STATUS REPORT
*East Bay v. Trump*, Case No. 4:18-cv-06810-JST,
*East Bay v. Barr*, No. 4:119-cv-04073-JST

3