UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EAST BAY SANCTUARY COVENANT, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM BARR, et al., <br><br> Defendants. | Case No. 19-cv-04073-JST <br><br> **ORDER TO SHOW CAUSE REGARDING STAY** |

On July 16, 2019, Plaintiffs East Bay Sanctuary Covenant et al., filed a complaint challenging an interim final rule and final rule, which rendered ineligible for asylum most persons entering the United States who cross the border between ports of entry or who did not first apply for and receive a denial of protection from persecution or torture while in a third country through which they transited en route to the United States.

On June 24, 2022, given the government's ongoing review of the rules, and the possible modification or rescission of those rules, the parties requested, and the Court granted, a stay pending the completion of the government's review. The Court required the parties to update the Court every 90-days on the status of the rulemaking. The parties last filed a status report on February 23, 2023.

It appears to the Court that a continuing stay of this case is warranted pending resolution of the related case, No. 18-cv-06810, which is currently on appeal in the Ninth Circuit. Within 10

///

///

///

///

days of this order, the parties may file either a statement of non-opposition or an opposition, explaining why this case should not be stayed.

**IT IS SO ORDERED.**

Dated: December 13, 2023



_____
JON S. TIGAR
United States District Judge