**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| East Bay Sanctuary Covenant, *et al.*, | Case No.: 19-cv-04073-JST |
| *Plaintiffs*, | |
| v. | **JOINT CASE MANAGEMENT STATEMENT** |
| William Barr, *et al.*, | |
| *Defendants*. | |

On December 20, 2023, the Court continued a stay in this case "pending resolution of the related case," No. 18-cv-06810, and "set[] a case management conference for September 24, 2024, at 2:00 p.m." *See* ECF No. 162.[1]  The related case is currently on appeal and is stayed pending settlement discussions.  Accordingly, the parties respectfully request that this case continue to be stayed in light of the pending appeal in the related case and that the case management conference set for September 24, 2024, at 2:00 p.m. be vacated.

Respectfully submitted,

Dated: September 19, 2024

/s/ Katrina Eiland
Katrina Eiland (SBN 275701)
ACLU FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
425 California Street, Suite 700
San Francisco, CA 94104
T: (415) 343-0770
*keiland@aclu.org*

*Attorney for Plaintiffs*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

WILLIAM C. PEACHEY
Director

Dated: September 19, 2024

/s/ Erez Reuveni
EREZ REUVENI
Assistant Director Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
T: (202) 307-4293
Erez.R.Reuveni@usdoj.gov

*Attorneys for Defendants*

---

[1] The parties were directed to file a Case Management Statement by September 17, 2024.  The parties failed to timely file their joint statement and apologize for the oversight.