UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

East Bay Sanctuary Covenant, *et al.*,

                  Plaintiffs,

     v.

Todd Blanche, Acting Attorney General, *et al.*,

                  Defendants.

Case No. 4:19-cv-04073-JST

**[PROPOSED] ORDER**

Upon consideration of the Joint Statement submitted by the parties (ECF No. 173) regarding the judgment issued in the related case, *East Bay Sanctuary Covenant v. Trump*, No. 18-cv-6810, the Court ORDERS that this matter remains in abeyance pending final resolution of a potential appeal or further review in the related case.

The Court further ORDERS the parties to file a further joint statement that contains a joint proposal or competing proposals regarding how this case should proceed, as follows: If the government does not file a notice of appeal from the judgment in Case No. 18-cv-6810 by the August 3, 2026 appeal deadline, the parties shall file their joint statement by August 24, 2026. If the government does file a notice of appeal from the judgment in Case No. 18-cv-6810, the parties shall file their joint statement no later than 21 days after final resolution of the related case following that appeal.

IT IS SO ORDERED.

Dated:

                                _____
                                THE HON. JON S. TIGAR
                                United States District Judge